# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Tiffany L. Halo
Name of Plaintiff/Petitioner

v.

Yale Health Plan
Director of Benefits & Records
Yale University
Name of Defendant/Respondent

Case No. 3:10-cv-1949(VLB)

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Tiffany L. Halo

   Your present mailing address: 79 Henning Terrace

   Denville, NJ  07834

   Telephone number: (973) 945-2535

2. Are you presently employed? YES _X_  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   Yale University, PO Box 208356, New Haven, CT  06520-8356

   _X_ Weekly earnings: $538.13

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $27,983.00

   b) interest, dividends, rents or investments of any kind? 0

   c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

   Checking: $533.00

   Savings: 0

   Prison account: 0

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _x_

   If YES, describe the property and state the approximate value: _____

_____

_____

8. How much money do you owe others? Parents = forever

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                                    AMOUNT OWED

Rev. 2/3/05                                    2

_____                _____

_____                _____

_____                _____

_____                _____

_____                _____

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

_____ Self _____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO _x_

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_____

_____

_____

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. __Yale Health Medical Plan Management did not provide timely responses to my emergency surgical needs.__

(Additional space on next page)

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ____  NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __James R. Duffy__

   Date you contacted this attorney __10/21/09__

   Method of contact (in person, by telephone, etc.) __In person__

   Reason why attorney was not employed to handle your case __Their preliminary investigation would not allow them to proceed__

   b) Attorney's name __Gerald J. Kelly__

   Date you contacted this attorney __11/22/09__

   Method of contact (in person, by telephone, etc.) __In person__

Reason why attorney was not employed to handle your case __Not his__ expertise - could not refer

c) Attorney's name _____Ira A. Cohen_____

Date you contacted this attorney __12/22/09__

Method of contact (in person, by telephone, etc.) _____In person_____

Reason why attorney was not employed to handle your case __Unable to__ proceed in any action in this matter

15. Explain any other efforts you have made to obtain an attorney to handle your case.
Networked with friends

16. Please provide any other information which supports your application for the court to appoint counsel. __Attorneys contacted thus far not familiar__ with ERISA

17. Do you need a lawyer who speaks a language other than English?
    YES ____ NO _x_

Rev. 2/3/05                                    5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| 11/23/10 | _[signature]_ |
|---|---|
| Date | Original Signature of Movant |

Tiffany L. Halo, 79 Henning Terrace, Denville, NJ   07834
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

| |
|---|
| Yale Health Plan |
| Director of Benefits & Records |
| Yale University |
| 155 Whitney Avenue |
| New Haven, CT   06520 |

_____
Original Signature of Movant