## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TIFFANY L. HALO** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO.:** |
| | : | **3:10 cv 01949 (VLB)** |
| **vs.** | : | |
| | : | |
| **YALE HEALTH PLAN** | : | |
| | : | |
| **Defendant** | : | **AUGUST 19, 2011** |

### MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Pursuant to Federal Rule 56, the defendant hereby moves for judgment upon the administrative record, as there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law.

A memorandum of law and copies of pertinent portions of the administrative record have been filed in support of this motion.

THE DEFENDANT,
YALE HEALTH PLAN

By: _____/s/_____
Patrick M. Noonan (#ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road, Suite 306
Guilford, CT  06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Motion for Judgment on the Administrative Record was filed electronically and served by mail on:

**Tiffany L. Halo**
**79 Henning Terrace**
**Denville, NJ  07834**


_____/s/_____
**Patrick M. Noonan**