**EXHIBIT A**

2007–2008.

# YALE HEALTH PLAN
*student handbook*



Welcome — or welcome back — to Yale. We're glad you're here,

and we look forward to providing you with high-quality,

accessible medical care geared to your needs as a Yale student.

Yale Health Plan is a not-for-profit health care organization

that operates a medical facility on the Yale campus

(at 17 Hillhouse Avenue) and provides care to the entire

Yale community both through that facility and through additional

clinicians and services known as the "YHP network" — a term you

will see as you read this handbook. Our clinicians — physicians, nurse

practitioners, nurse midwives, physician assistants, and others —

are board certified and committed to a team approach to health care.

The fact that YHP is not-for-profit means that you, our member,

come first, and that we are continually looking at ways to

update and improve our services.

general information
203-432-0246

e-mail
member.services@yale.edu

out of area care and medical advice
877-YHP-CARE

website
www.yale.edu/uhs

yale health online
www.yalehealthonline.yale.edu

*At Yale Health Plan you will find*

- comprehensive medical care available 24 hours a day, 7 days a week

- a wide range of mental health and counseling services

- experienced clinicians in a wide variety of specialties

- on-site pharmacy, laboratory, and radiology services

- an emphasis on wellness care, with numerous education programs tailored to student needs

- a fully-licensed, 23-bed, inpatient care facility.

This handbook, your guide to obtaining health care while you are at the University, provides information about YHP's coverage, services, and programs. Read the first section to learn about coverage options, services, and programs. The Terms of Coverage section gives specific details about the coverage you have chosen.

Students have found that the best way to receive care is by developing a relationship with a primary care clinician, and we encourage you to choose one at your earliest convenience. The Member Services Department (203–432–0246) has information you can use to make your selection. And please remember: you don't need to wait until you are ill or injured to make an appointment. We are happy to see you for wellness care, including annual checkups and other routine matters. Our mission is to help you be well.

# CONTENTS

**What You Need to Know** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
  Coverage essentials for students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
  Waiving YHP coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
  Loss of alternate coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
  Choosing hospitalization coverage . . . . . . . . . . . . . . . . . . . . . . . . . . .8
  What YHP offers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
  Coverage under special circumstances . . . . . . . . . . . . . . . . . . . . . . . .14
**Services and Programs** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
  Primary care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
    Student Medicine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Internal Medicine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Sports Medicine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Gynecology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
  Frequently used services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
    Mental Health & Counseling . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
    Urgent Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
    Inpatient Care Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
    Radiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
    Physical Therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
    Student Health Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
    Obstetrics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
    Pediatrics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
    Nutrition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
    Laboratory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
  Other specialty departments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
  Fee-for-service departments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
**Questions and Answers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
  Coming and going . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
  General problem-solving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34
  Bills, claims, and referrals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
  Medical records and confidentiality . . . . . . . . . . . . . . . . . . . . . . . . . .46
**Terms of Coverage** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
  Eligibility and enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
  YHP Basic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
  YHP Hospitalization/Specialty Coverage . . . . . . . . . . . . . . . . . . . . . .58
  Prescription Plus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64
  Exclusions and limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68
  Termination of coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
  General policies and procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
  ERISA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
  Notice of Privacy Practices (NOPP) . . . . . . . . . . . . . . . . . . . . . . . . . .79
  Patient Bill of Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .84
**Glossary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .86
**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .89

Please note: A full table of contents for the section Terms of Coverage may be found on page 49.



## Coverage essentials for students

The first thing you should know about Yale Health Plan is that, if you are an enrolled student attending Yale at least half time and working towards a Yale degree, you receive many YHP services, including primary care, at no charge. You do not have to sign up or pay extra to obtain this coverage, which is called YHP Basic. Your status as a Yale University undergraduate, graduate, or professional student automatically makes you a student member of the health plan. The next thing you should know is that if you are eligible for YHP Basic you are also required by the University to obtain additional coverage for hospitalization and specialty care. Here, you have two options.

1. You can purchase Yale Health Plan's Hospitalization/Specialty Coverage, with or without Prescription Plus.

or

2. You can have other coverage, either by being a dependent on someone else's plan (parents' or spouse's or domestic partner's) or by purchasing other coverage on your own. You will still be able to use YHP specialty services, but your other insurance will be billed for them as well as for any services obtained outside YHP, even if you are referred by a YHP clinician.

If you choose option 2, you must give formal notice that you are waiving YHP Hospitalization/Specialty Coverage. You must give this notice each academic year. If you choose option 1 but do not want the additional Prescription Plus coverage that is automatically included, you must give formal notice of waiving Prescription Plus.

---

YHP Basic • YHP Hospitalization/Specialty Coverage • Prescription Plus



## Waiving YHP coverage

You provide notice in either situation by submitting a waiver form that you will receive by mail (if you have not received it by the beginning of the semester, call Member Services at 203-432-0246). If you are waiving YHP Hospitalization/Specialty Coverage, you will be asked to provide proof of alternate coverage. No proof of alternate coverage is needed if you are waiving only Prescription Plus. Waivers for the full year or the fall term must be submitted annually by September 15, and by January 31 for those enrolling during the spring term.

If you do not submit this waiver by the deadline, you will be billed through your SFAS (Student Financial and Administrative Services) account for YHP Hospitalization/Specialty Coverage and Prescription Plus. Your SFAS account must be cleared in order for you to register for classes or graduate.

If you waive YHP coverage you may change your mind and revoke your waiver by submitting a revoke waiver form to the Member Services Department. If you submit this form before the September 15 or January 31 deadlines, your YHP coverage will begin retroactive to the beginning of the term. If you miss these deadlines you must wait until the next term in which you are eligible.



## Loss of alternate coverage

If you lose your non–YHP hospitalization insurance coverage, you must either revoke your waiver and enroll in a YHP plan or select another hospitalization insurance carrier. If you choose to enroll in the YHP plan you must do so within 30 days of the loss of other coverage. YHP's coverage begins the day following the other plan's termination date. Premiums are not prorated, and you must pay for the full-term cost of the YHP plan.

Here is a summary of the waiver process. Please call Member Services at 203-432-0246 if you have any questions.

- As long as you meet the guidelines — that is, you are an enrolled student attending Yale at least half time and working towards a Yale degree — you are automatically enrolled as a **YHP student member, entitled to receive YHP Basic coverage at no charge.**

- Because the University requires all eligible students to carry hospitalization and specialty coverage, you will be enrolled in and billed for YHP Hospitalization/Specialty Coverage unless you waive this plan and provide proof of alternate hospitalization and specialty coverage. You will also automatically be enrolled in Prescription Plus.

- Prescription Plus covers a variety of supplemental benefits. When you receive your waiver form you may waive Prescription Plus even if you elect the rest of YHP Hospitalization/Specialty Coverage. If you do not waive Prescription Plus, you will be billed for the cost of it.

- Prescription Plus coverage is available only if you purchase YHP Hospitalization/Specialty Coverage. You cannot carry outside hospitalization insurance and have the Prescription Plus supplemental coverage.

- Waivers for the full year or the fall term must be submitted annually by September 15, and by January 31 for those enrolling during the spring term.



## Choosing hospitalization coverage

The three factors to consider when choosing your health insurance are cost, coverage, and convenience. Yale Health Plan offers high-quality, low-cost, easy-to-use hospitalization and specialty coverage, called YHP Hospitalization/Specialty Coverage. The majority of Yale students find that YHP Hospitalization/Specialty Coverage provides a wide range of benefits at a reasonable cost as well as excellent and accessible medical care geared to the Yale community. Details about specifics of services and coverage are in the Terms of Coverage section of this handbook. **Note:** If you decline YHP Hospitalization/Specialty Coverage, you can still use specialty services and they will be billed to your alternate carrier. If they are not covered by your alternate carrier, they will be billed to you.

*Yale Health Plan offers high-quality, low-cost, easy-to-use hospitalization and specialty coverage.*



Advantages of YHP Hospitalization/Specialty Coverage include:

| COST | COVERAGE | CONVENIENCE |
|------|----------|-------------|
| • No deductibles | • No limitations on coverage for pre-existing conditions | • No claim forms to fill out for services obtained within the YHP network |
| • Low premiums and no co-payments for office visits | • Worldwide coverage for emergency and urgent care | • Fifteen centrally located specialty clinics |
| • No co-payments for emergency care | • A wide range of experienced clinicians, all board-certified | • Coordinated care when specialty and/or hospitalization services are required |
| • Reasonably priced, easy-to-use dependent coverage | • Students covered for a full 12 months, not just the academic year | • On-site radiology services |

Some Yale students do decide on other plans for reasons including:

• The student prefers to continue working with a specific clinician in the home area, or wants to be able to go home for treatment of injuries or illnesses experienced while at Yale.

• The student expects to be away from campus for an extended time and wants coverage for routine care such as yearly physicals or maintenance care such as diabetes monitoring. YHP Hospitalization/Specialty Coverage covers only emergency and urgent care, not primary care, away from campus.



Each year, as you consider whether to purchase your hospitalization and specialty coverage through YHP or through another insurer, you should ask these questions:

- What is the other plan's provider network? Does it cover services you might use at YHP while you are at Yale (i.e., will the other insurer pay for services received at YHP)?

- What is the real cost of coverage, not just the cost of the premiums? Are there deductibles? Are there maximums? Limits on reimbursements? Are there co-payments for office visits?

- What isn't covered?

- Does it limit or exclude coverage for pre-existing conditions?

- Does the plan require prior authorization for services you might need at YHP? Does it require precertification for hospital admissions?

- Would you be required to go home for certain kinds of care, even if the care is available at YHP? Would the other plan pay for that care only if you came home?

- Are you covered if you travel abroad?

- How easy is the reimbursement process? Please note that if a non-YHP plan is billed and the bills are not paid, YHP will bill your SFAS account; this account must be cleared in order for you to register for classes or graduate.

- For how long does the other plan cover you and what are the continuation options?

- What is the nature of dependent coverage?

No insurance plan covers every medical contingency, so you should also be sure to compare the terms of coverage for YHP Hospitalization/Specialty Coverage with the contracts of other plans you are considering, particularly if you have specific medical concerns.



You may also wish to consider purchasing both YHP Hospitalization/Specialty Coverage and a plan that will cover you for routine and maintenance care while you are away from campus (again, YHP Hospitalization/Specialty Coverage will cover emergency and urgent care anywhere). If you do so, YHP can help you coordinate benefits.

## What YHP offers

As an enrolled student attending Yale at least half time and working towards a Yale degree, you are a member of the health plan and receive YHP Basic coverage at no charge.

Your YHP Basic coverage includes the following services at no charge:

- Primary care through the Student Medicine or Internal Medicine Departments. Primary care includes wellness care such as physical exams.

- Primary care and treatment of sports-related problems for varsity student athletes through the Sports Medicine Department.

- Gynecology services, including annual exams and Pap smears.

- Preventive medicine services, such as routine eye exams, flu shots, and skin cancer screenings.

- Laboratory services.

- Access to 24-hour urgent care through the Urgent Care Department.

- Mental health services.

- Nutritional counseling.

- Use of the Inpatient Care Facility (infirmary). However, services of specialty physicians, if needed, are not covered unless you have YHP Hospitalization/Specialty Coverage.



If you choose YHP Hospitalization/Specialty Coverage, the following additional services (most available at 17 Hillhouse Avenue) are covered at 100% with no deductibles, no co-payments, no claim forms, and no restrictions for pre-existing conditions. We also offer dependent coverage under this option. See the Terms of Coverage section for details on enrollment and eligibility provisions.

| | | |
|---|---|---|
| allergy | hospital services | orthopedics |
| audiology | infectious disease | pediatrics |
| dermatology | neurology | physical therapy |
| ear, nose, and throat | obstetrics | radiology |
| endocrinology | oncology | surgery |
| gastroenterology | ophthalmology | urology |

Services that are not available on-site (such as hospitalization) are covered upon referral by a YHP clinician and approval in advance by the YHP Care Coordination Department. Those services are subject to the Terms of Coverage. Emergency services and urgent care are covered worldwide, also under the Terms of Coverage.

If you have chosen YHP Hospitalization/Specialty Coverage, you can also elect Prescription Plus. Prescription Plus is not available if you waive YHP Hospitalization/Specialty Coverage and choose alternate hospitalization/specialty insurance instead.



If you elect Prescription Plus, the following, in addition to all hospitalization/specialty services, are covered as deemed necessary by a YHP clinician and when approved in advance by the YHP Care Coordination Department. There are no restrictions for pre-existing conditions. Except as indicated by an (∗) these services are reimbursed at 80% (that is, you pay 20% of the cost) after a $100 deductible per member ($300 per family) per benefit year (September 1 – August 31) has been satisfied. Details on coverage are in the Terms of Coverage section. The combined maximum for all these benefits is $15,000 per member per benefit year.

- Dental services – traumatic accidental injuries only (∗)

- Durable medical equipment

- Infertility evaluation and treatment (∗)

- Organ transplants (∗)

- Podiatry

- Prescription medications and supplies

- Private-duty nursing

- Prosthetic devices

- Psychiatric inpatient services, additional (∗)

- Speech therapy

- Substance abuse inpatient services, additional (∗)

We also offer dependent coverage under this option. See the Terms of Coverage section for details on these provisions.



Services are available in the following departments to anyone in the Yale community on a **fee-for-service basis** and can be paid for by check, MasterCard, Visa, or can be charged to your SFAS account.

- Pharmacy
- Travel Clinic
- Health Education (there is a nominal fee for some programs and classes)

## Coverage under special circumstances

A number of situations arise in which Yale students do not meet the eligibility requirements for automatic enrollment in YHP Basic and for purchase of YHP Hospitalization/Specialty Coverage. In these situations, **you are not required by the University to have health insurance coverage,** although having such coverage is always a good idea. Included in this category are students on leaves of absence, undergraduates in junior-year-abroad programs, medical students on extended study, students registered as special students in degree-candidate programs, students registered in absentia who are studying at another institution, and other degree-candidate students paying less than 50% of the term's tuition.

If you are in one of these categories, you can still obtain YHP coverage by purchasing YHP Affiliate Coverage, which includes the services described in both YHP Basic and YHP Hospitalization/Specialty Coverage. Please note that, with this plan, you must take both YHP Basic and YHP Hospitalization/Specialty Coverage; you cannot elect just the YHP Basic coverage. Dependent coverage and Prescription Plus are also available under this option. For details on obtaining Yale Health Plan coverage under these special circumstances, call the Member Services Department at 203-432-0246.

Applications must be received by September 15 for the full year or fall term coverage and by January 31 for spring term coverage. Premiums are charged on a semester basis only and are not pro-rated.



## What is primary care?

Primary care is where your health care usually starts. Primary care is routine care: the visit to the doctor or nurse practitioner when you have a cold or a stomach ache. Primary care is also wellness care: a physical exam, a Pap smear, or a flu shot. And primary care is also the point of entry into the health care system in nonemergency situations. It is your primary care clinician who will evaluate you, refer you for specialty care when needed, and monitor your progress throughout your treatment. Even in an emergency situation, when your entry into the health care system may mean you've been rushed to the hospital, it is usually your primary care clinician who will be notified and who will coordinate subsequent treatment if needed.

## Selecting a primary care clinician

Because establishing a relationship with a primary care clinician is the most effective way to use YHP services, you are encouraged to choose a physician (MD), nurse practitioner (NP), physician associate (PA) or certified nurse midwife (CNM) to provide your primary care.

**Care for Yale College students (undergraduates)** is coordinated by the clinicians in the Student Medicine Department. Students with ongoing medical conditions are encouraged to choose a primary care clinician. You may make routine, non-urgent appointments with your clinician of choice in that department. Student varsity athletes also have the option of using the Sports Medicine Department.

**Graduate and professional students** will have a primary care clinician designated for them. Primary care clinicians are located in Student Medicine.



Women undergraduate, graduate and professional students will have a primary care clinician designated for them and may make appointments directly with the Ob/Gyn Department. No referral is needed.

All Yale students may use the Urgent Care Department for urgent and emergency medical situations.

All Yale students may make appointments for mental health and counseling services directly with the Department of Mental Hygiene. No referral is needed.

YHP-enrolled spouses or same-sex domestic partners should select a primary care clinician from the Student Medicine Department.

Dependent children enrolled as YHP members should have a primary care clinician chosen from the Pediatrics Department.

**Yale Health Online**

As a YHP member, you can take care of many aspects of your health care at your convenience with Yale Health Online (www.yalehealthonline.yale.edu) — a secure web-based medical communications service tailored for the Yale community. Registering with and using Yale Health Online is totally optional.

With this interactive web site, available 24 hours a day, 7 days a week, you can:
- request/cancel/reschedule appointments
- request some demographic changes (i.e., changing a phone number)
- request medication information
- leave messages for clinicians (such as requests for test results)
- access general health information
- link to the YHP web site to obtain information and download forms

Registration instructions are available on the web site. If you have questions, call Member Services at 203.432.0246.



## Using the primary care departments

**For appointments:** All the primary care departments have staff available to answer phones and schedule appointments during regular business hours Monday through Friday. During the academic year, departments have regular daytime appointment slots, plus some early morning, later afternoon and early evening hours. Please be aware that hours change during the summer and during University recess periods.

**For same day care:** students should walk in to or call Student Medicine.

**For an urgent medical problem:** The Urgent Care Department provides 24-hour coverage for problems — such as injuries, lacerations, severe sore throat, severe vomiting — that need to be addressed right away but are not immediately life-threatening. To obtain urgent care during regular hours, first contact Student Medicine. If the nurse coordinator or clinician feels that the problem is urgent, they will schedule a same-day visit or recommend that you go to Urgent Care. In addition, you can call or walk in to Urgent Care directly at any time.

In a medical emergency (a potentially life-threatening situation): Call 111 on campus or 911 off-campus.



## Student Medicine
## (203-432-0312)

The staff in the Student Medicine Department are experienced in working with Yale undergraduate, graduate and professional students. Appointments are available for routine, ongoing, and wellness care during regular business hours, with extended hours during the academic year. To accommodate immediate medical needs, slots are available for same-day care.

In addition to individual appointments, Student Medicine works closely with other YUHS departments to offer a variety of services and educational programs as well as a range of drop-in group medical appointments. These group appointments address issues such as the common cold, asthma, diabetes, well-baby care and childbirth preparation. They are staffed by clinicians who are experts in the area, and provide participants with both information and individualized consultation time.

## Internal Medicine
## (203-432-0038)

The staff in the Internal Medicine Department provide primary care to adult members of YHP and occasionally students may be seen there. Appointments are available for routine, ongoing, and wellness care.

## Sports Medicine
## (203-432-0334)

The Sports Medicine Department offers a walk-in clinic for varsity athletes who become injured or ill. These athletes may also see the clinicians in this department for primary care as well as for sports-related problems. In addition to the walk-in clinic, appointments are available.

Sports Medicine also operates the High Risk Sports Club Clinic for students who sustain athletic injuries while participating in club sports. If you play club sports only, you may not use the Sports Medicine Clinic for primary care. Primary care for students playing club sports is available in the Student Medicine Department.

## Gynecology
## (203-432-0222)

The physicians and certified nurse midwives (CNMs) in the Obstetrics and Gynecology Department provide the full range of obstetric and gynecologic care to women at Yale throughout their life cycles: pelvic and breast exams, pregnancy testing, family planning, infertility evaluations, testing and treatments for sexually transmitted infections, menopause services, and sexuality counseling. The Ob/Gyn Department has an open access appointment system, which generally allows members to see their clinician of choice. Call our department approximately one week before you would like to be seen. If you have an acute problem, you can call and speak to the nurse coordinator without going through your primary care clinician.

**Patient Bill of Rights**
Our Patient Bill of Rights ensures that your medical needs and related concerns are treated with the utmost care and respect. Please see page 84-85 for a copy of this document.



## Mental Health and Counseling (203-432-0290)

Mental health care and counseling services are available through the Division of Mental Hygiene. The department is committed to caring for the psychological concerns of undergraduate, graduate, and professional school students. Care is provided by mental health professionals — psychiatrists, clinical psychologists, and clinical social workers.

Students come in with many different concerns and problems, including:

- academic stress
- alcohol/drug issues
- anxiety
- body image
- competition
- compulsions
- depression
- eating concerns
- family illness
- gay/lesbian/ bisexual/transgender issues
- loss and grief
- obsessions
- parental divorce
- relationships
  - family
  - friends
  - romantic
  - roommates
- self-esteem
- sexual assault
- sexual concerns
- sexual orientation and identity
- traumatic experiences

Consultations, counseling, psychotherapy, and crisis intervention are available to all students. You do not need a referral and you may make an appointment by phone or in person for an initial evaluation. This initial session will usually be scheduled within two or three days and can be set up for the same day in an urgent situation. During this session, the clinician will discuss your concerns and the treatment options. These include counseling, short-term individual therapy, group therapy, couples and marriage counseling, alcohol and drug counseling, sex counseling, and medication when appropriate. Therapy groups usually address a wide range of concerns, but some may focus on a particular issue, such as eating concerns.

Everything you discussed with a mental health clinician is held in strictest confidence and is not communicated to anyone without your explicit permission, except in the rare instance of a life-threatening situation.

Students and enrolled spouses/same-sex domestic partners are eligible for these services. All mental health care is provided at 17 Hillhouse Avenue; there is no reimbursement for outpatient care received from outside clinicians. Appointments are available generally 8:00 am — 6:00 pm weekdays. Appointments can be scheduled by calling the department between 8:30 am and 5:00 pm or by coming to our 3rd floor office during those hours. In emergencies, call the department during business hours; after hours call the Urgent Care Department (203-432-0123).

## Urgent Care (203-432-0123)

As a Yale student, you have 24-hour access to care for urgent medical problems. You can call the Urgent Care Department (203-432-0123) to obtain immediate medical advice over the phone as well as to arrange for treatment, should that be necessary. Out of area, the toll-free number is 877-YHP-CARE.

To obtain urgent care during normal service hours, you should call Student Medicine. If you need urgent care after regular appointment hours, call the Urgent Care Department. This department is staffed by clinicians specially trained to evaluate and treat most minor, acute medical problems (severe sore throat, vomiting) as well as minor trauma, such as orthopedic injuries (sprains, fractures) and lacerations. These are usually problems that need to be taken care of now (waiting for an appointment could put your health at risk) but are not life-threatening.



Depending on your condition, you will be given medical advice on the phone, advised to come to Urgent Care, to go to another department, or to go to the nearest emergency facility. Emergency transportation, if needed, will be arranged for you. You may also walk into the Urgent Care Department. Patients are seen as quickly as possible to determine the severity of their problems. Please keep in mind that patients whose conditions are more serious than yours will be treated first.

### Inpatient Care Facility (203-432-0001)

Yale Health Plan operates the Inpatient Care Facility (ICF), a fully licensed, 23-bed, inpatient unit. In addition to the evaluation and treatment of routine medical conditions, the ICF (also known as the infirmary) provides post-operative care, allowing for a smooth transition from hospital to home. Short-term hospice care is also available. If you have a medical condition that temporarily prevents you from returning to your dormitory, you can be cared for in the ICF until you can return safely to your regular living situation. Long-term care is not available at this facility. The ICF staff will help coordinate transfer of care to other settings. Admission to the ICF must be authorized by a YHP clinician. If you have YHP Basic coverage and are admitted to the ICF by a YHP clinician, you receive room and board, nursing care, and primary care at no charge. If you have purchased YHP Hospitalization/Specialty Coverage you may also receive specialty services at no charge. If you have waived YHP Hospitalization/Specialty Coverage, please check with your alternate plan concerning coverage of medical services provided while you are a patient in this facility. YHP will assist you in submitting claims for specialty services to the other plan. If your alternate insurance does not cover these services, you will be billed for them directly.

### Radiology (203-432-0340)

The Radiology Department offers on-site radiologic procedures during convenient weekday, evening, and Saturday hours. You must have an appointment for ultrasounds and a few specialized procedures; routine X rays are done on a walk-in basis. A referral is required for all radiology services. Radiology services are covered under YHP Hospitalization/Specialty Coverage and YHP Affiliate Coverage. **Students who have chosen other coverage will have these services billed to their alternate insurance.**

### Physical Therapy (203-432-0335)

Physical Therapy Department staff, including athletic trainers, rehabilitation aides, and physical therapists, provide rehabilitative services for everything from athletic injuries to repetitive motion problems to joint replacements. Treatment, which is by appointment and which must be arranged by referral from a YHP clinician, usually includes a combination of office treatments, home exercises, and lifestyle changes. While all treatment services are covered under YHP Hospitalization/Specialty Coverage, related equipment and supplies for home use may not be covered; they may be reimbursable under Prescription Plus. See the Terms of Coverage section for details.

### Student Health Education (203-432-1892)

Student Health Education offers and coordinates programs on a wide variety of health-related topics of interest to undergraduate, graduate, and professional students. Much of the programming is provided by peer health educators, trained and supervised by Student Health Education. Peer health educators provide informational programs in residential colleges, the graduate and professional schools, fraternities and sororities, student clubs and cultural houses, and other student gathering places.



Programs include smoking cessation, sexually transmitted disease prevention, HIV/AIDS prevention, contraception and sexual assault awareness. Programs about mental health issues are developed in conjunction with the professional staff in the Division of Mental Hygiene. Topics may include eating concerns, alcohol and drug use, and stress management.

Informational materials are available throughout 17 Hillhouse Avenue. For more information about resources, or if you want to learn about the peer education groups on campus — ECHO (Eating Concerns Hotline and Outreach), YSAPE (Yale Sexual Assault Peer Educators), PHE (Peer Health Educators), peer alcohol and substance abuse educators, and others — call Student Health Education.

### AIDS Resource & Counseling Center (203-432-1892)
The AIDS Resource and Counseling Center provides confidential, nonjudgmental consultation and counseling about HIV/AIDS. It is also a resource for information about anonymous and confidential HIV antibody testing and testing sites, transmission, risk reduction and prevention, medical care, home care, support groups, and other services for people with HIV/AIDS and their families and friends. For information, call 203-432-1826.

### Peer Health Educators (203-432-1892)
Peer health educators are undergraduates trained to provide information on risk reduction, safer sex practices, sexually transmitted diseases, contraception, healthy relationships and communication, and HIV testing and counseling. They offer a variety of programs designed especially for student organizations,

cultural centers, fraternities, and sororities. Informational programs are also available through this office for graduate and professional students, individually and collectively.

### Graduate and Professional Student Health Advocates (203-432-1892)
Graduate and Professional Student Health Advocates are student representatives from each of the graduate and professional schools who plan programs and events for their peers on topics including HIV/AIDS, smoking cessation, stress management and YUHS services. Representatives distribute educational materials and a student newsletter to their respective graduate and professional schools, and sponsor campus wide educational programs open to all students. For more information call Student Health Education.

### Obstetrics (203-432-0222)
Physicians and certified nurse midwives (CNMs) provide pre-natal, delivery, and post-partum services for routine and high-risk pregnancies in a group practice setting. Most births take place at Yale—New Haven Hospital. The usual hospital stay is one to two days for uncomplicated vaginal deliveries and three to four days for caesarean deliveries. YHP's Special Delivery program offers two home nursing and homemaker services visits up to a $200 maximum for women who are discharged within 24 hours after vaginal deliveries and 72 hours after c-sections. The department also offers monthly classes, including an early pregnancy class for women in the first and early second trimesters, and a post-partum reunion group, where new mothers share information and provide support.



Babies are examined by a YHP pediatrician shortly after birth. Expectant parents are encouraged to make an appointment with a pediatrician before delivery in order to get acquainted with the YHP pediatric staff.

**Please note:** Obstetrical services are provided under YHP Hospitalization/Specialty Coverage and YHP Affiliate Coverage. Starting from four weeks before your due date or earlier if you are advised not to travel by a YHP network obstetrician, charges associated with hospital admission will be covered only at Yale — New Haven Hospital. Exceptions will be made only when the admission is for a potentially life-threatening condition. The onset of labor that happens to occur while the mother is away from New Haven will not be an exception.

Students who have chosen other hospital/specialty coverage will have YHP obstetrical services billed to their alternate insurance. The YHP Billing Department can help with paperwork and claims submissions.

## Pediatrics (203-432-0206)
Physicians and pediatric nurse practitioners provide primary care to children and adolescents through the Pediatrics Department. Services include routine check-ups, immunizations, school and camp physicals, care for sick children, and emergency care. Routine appointments for well child care should be scheduled by calling 203-432-0206. Same-day appointments for sick children are scheduled during specific time periods in order to accommodate urgent needs while at the same time minimizing exposure of healthy children. After hours, children with urgent medical needs can be brought to YHP's Urgent Care Department.

For YHP-enrolled dependents, there are no co-payments for any of these pediatric services. Student dependents who are not members of YHP may be seen on a fee-for-service basis.

## Nutrition (203-432-0093)
A nutritionist is available for dietary guidance, counseling about nutritional disorders, and consultation about dietary changes needed in the management of certain illnesses. A referral from a primary care clinician is required.

## Laboratory (203-432-0200)
Laboratory services are available both on-site and at locations statewide through an arrangement with a commercial clinical laboratory, which offers all laboratory services except for X rays and EKGs; these must be done at 17 Hillhouse Avenue. A list of testing sites is available at the on-site laboratory at Member Services or from our website www.yale.edu/uhs.

The YHP laboratory network (the in-house laboratory and the outside contracted labs) performs most routine and complex analyses ordered by YHP clinicians; those not performed in YHP network labs are sent to a specialty facility for analysis. There is no charge to members for taking samples (e.g., drawing blood) or for any analysis done at YHP network labs.

Test results are available through your clinician, who will also tell you when you can expect them. The laboratory does not keep test results or provide them to patients.



## Other specialty departments: What they treat

YHP offers many specialty services, which are available to you through **referral** by your primary care clinician. If the specialty service you need is not available on-site, you will be referred to an outside specialist within the YHP network. Students who have chosen other coverage will have these services billed to their alternate insurance.

**Allergy (203-432-0093)**
Allergy testing and treatment, including allergy shots.

**Audiology (203-432-0335)**
Hearing problems.

**Dermatology (203-432-0092)**
Complex skin problems and minor skin surgery. Minor skin problems such as acne or fungal infections are usually treated initially by the primary care clinician.

**Ear, Nose, and Throat (203-432-0335)**
Disorders of the ears and upper respiratory tract.

**Endocrinology (203-432-0038)**
Hormonal disorders, including thyroid problems.

**Gastroenterology (203-432-0038)**
Disorders of the digestive tract.

**Infectious Diseases (203-432-0038)**
Known or suspected infectious diseases.

**Immunization (203-432-0093)**
Provides required and recommended immunizations for students, and vaccinations against diseases.

**Neurology (203-432-0038)**
Physical disorders of the brain, spinal cord, and nervous system.

**Oncology (203-432-0038)**
Cancer diagnosis and treatment.

**Ophthalmology (203-432-0084)**
Diseases of the eyes. No referral is required.

**Optometry (203-432-0084)**
Vision care. No referral is required.

**Orthopedics (203-432-0335)**
Musculo-skeletal conditions, diseases, and injuries.

**Surgery, general (203-432-0335)**
Problems that may require surgical intervention.

**Urology (203-432-0335)**
Urinary tract problems for both genders and problems with the male reproductive system.



## Fee-for-service departments

The following are available to Yale students and student dependents on a fee-for-service basis. Payment may be required at the time of service; SFAS billing may also be available.

### Pharmacy (203-432-0033)

We operate a pharmacy with convenient hours and a telephone prescription refill line (203-432-0033). Refill requests must be placed 24 hours in advance using the refill line or the drop-box on the first floor. To use the refill line, please listen carefully to the directions and give all the information requested. In most cases, the pharmacists will fill the prescription as soon as possible, generally no later than the following afternoon unless the item is a special order. Prescriptions written by both YHP and non-YHP providers are filled at the pharmacy, which maintains complete and confidential patient drug histories. These histories allow the pharmacists to alert patients and providers to possible drug interactions, drug reactions, and drug recalls.

The cost of most prescription drugs is partially reimbursable under Prescription Plus. If you have Prescription Plus, your reimbursable costs will be billed by the pharmacy directly to YHP and you will be charged only for the co-payment and any applicable deductible. If you have alternate coverage, save your pharmacy receipts and submit them to your plan for reimbursement.

**Please note** that if you have prescription medication coverage with an alternate insurance plan, that plan may not reimburse you if you obtain your prescription medication at YUHS. Drug cards from other insurance plans are not accepted at the YUHS Pharmacy as we do not participate in other insurance networks. Check with your alternate insurance plan to locate pharmacies that participate in your plan.

### Travel Clinic (203-432-0093)

For students and student dependents who travel internationally, YHP offers a Travel Clinic that provides health and safety information and immunizations tailored to your destination. No referral is needed. The clinic can also provide prescriptions for medications you might need, such as antibiotics and antimalarial drugs. Because the vaccination program is tailored to the areas you will be visiting, you should contact the clinic as soon as you know your plans. Some immunizations are given in a series that requires several injections separated by weeks or even months. Multiple injections are sometimes required and it may not be advisable to give vaccinations for certain diseases at the same visit. In some cases, two or three visits may be required for all the vaccinations.

**Please note** that travel immunizations and special medications needed solely because of your trip are not reimbursable under Prescription Plus coverage.



## Can I obtain coverage if I don't meet the eligibility requirements for YHP Basic?

A number of situations arise in which Yale students do not meet the eligibility requirements for automatic enrollment in YHP Basic and for purchase of YHP Hospitalization/Specialty Coverage. In these situations, you are not required by the University to have health insurance coverage, although you are advised to do so. Included in this category are students on leaves of absence, undergraduates in junior-year-abroad programs, medical students on extended study, students registered as special students in degree-candidate programs, students registered in absentia who are studying at another institution, and other degree-candidate students paying less than half of the term's tuition.

If you are in one of these categories, you can still obtain YHP coverage. However, you must pay for it yourself through YHP Affiliate Coverage, which combines YHP Basic and YHP Hospitalization/Specialty Coverage; under this coverage you cannot elect just YHP Basic. If you do purchase coverage this way, the services and benefits you receive will be exactly the same as if you had met the eligibility requirements for YHP Basic.

Students, such as visiting scholars or Yale non-degree students, who do not meet eligibility requirements for the use of YHP primary care services or for the purchase of YHP Affiliate Coverage may still use most YHP services on a fee-for-service basis. Please note that each school — not YHP — determines eligibility. For more information, contact the Member Services Department (203-432-0246).



## What happens to my coverage when I graduate?

If you are graduating and have YHP Hospitalization/Specialty Coverage at the time of commencement in May, you will be continued on your existing YHP coverage through August 31. If you have alternate (non-YHP) hospitalization coverage, your YHP Basic coverage remains in effect through August 31, and you should check with your other carrier about its coverage. If you complete your degree at a time other than at commencement, contact the Member Services Department for help with coverage options.

## What happens to my coverage if I take a leave of absence in or out of the area?

If you are granted a leave of absence, the University does not require you to purchase hospitalization coverage. But you may decide to purchase outside insurance that will cover you for any care received at YHP, or you may purchase YHP Affiliate Coverage for the term during which the leave is taken. In order to secure continuous coverage through YHP, you must request enrollment in YHP and pay the premium prior to the beginning of the term during which the leave is taken. If a leave of absence is granted during the term and you want YHP Affiliate Coverage, you must request enrollment within 30 days of the date the leave is granted. Unless you obtain continuing coverage through YHP, you will be responsible for all charges for medical services, including hospital services, rendered by YHP clinicians or on behalf of YHP. If you are taking your leave in the New Haven area, you may also choose to use YHP on a fee-for-service basis. Member Services (203-432-0246) can provide more information.



### What happens to my coverage if I withdraw from the University?

If you withdraw during the first ten days of the term the premium paid for YHP Hospitalization/Specialty Coverage and, if applicable, Prescription Plus coverage, will be refunded. You will not be covered for any medical care received through YHP during that period. Your YHP membership will be terminated retroactive to the beginning of the semester and any services rendered or claims paid will be billed on a fee-for-service basis.

If you have purchased YHP Hospitalization/Specialty Coverage and Prescription Plus and withdraw from Yale after the 10th day of the term, you will be covered by YHP for 30 days following the date of withdrawal or through the last day of the term, whichever comes first (the last day of fall term is January 31; the last day of spring term is August 31). Premiums will not be prorated or refunded. If you are hospitalized on the effective date of withdrawal or during the 30-day period during which coverage is extended, you are eligible for YHP hospital benefits until discharged from the hospital, subject to the limits of YHP coverage for the illness or injury.



Although this section answers some commonly asked questions, you should see the Terms of Coverage section for complete information about coverage for medical care.

## What do I need to do about my medical care when I first arrive on campus?

- Transfer your medical records to YHP. Send them to

    Medical Records
    Yale Health Plan
    17 Hillhouse Avenue
    Box 208237
    New Haven, CT 06520-8237.

- Complete the required health history form and make sure your pre-entrance immunizations are up-to-date.

- Let our clinicians know about your medical problems and/or drug and other allergies.

- Bring original written prescriptions for medications you will need refilled while on campus, or have those prescriptions phoned into the pharmacy (203-432-0033) by your current clinician.

- Visit us at 17 Hillhouse Avenue.

## What do I need to do about my care when I leave Yale temporarily or permanently?

- Give your address change to the registrar of your college or school.

- If you have an ongoing medical condition, consult with your clinician(s) about a treatment plan.

- Obtain an adequate supply of prescription medications and supplies.

- Obtain updated prescriptions for vision care.

- Obtain copies of your immunization records.



- If you are going overseas, call the Travel Clinic (203-432-0093) to see if you need immunizations or other advance medical preparations. See the Travel Clinic section for more information.

- Transfer your records as soon as you find a new provider.

- If you have purchased YHP Hospitalization/Specialty Coverage, make sure you have an updated membership card.

## Do I have health care coverage when I am away from campus (school breaks, weekend trips, summer vacations, semesters abroad, and so on) during the regular academic year?

If you have taken YHP Hospitalization/Specialty Coverage, you are covered away from campus for emergency care, urgent care, and pre-authorized short-term follow-up care. Please see the Terms of Coverage section for details. If you have alternate insurance, that plan will be billed for your medical care and you should check the specifics of that insurance.

### HOW TO CONTACT US WHEN YOU'RE AWAY

If you need medical advice, wish to report an out-of-area event or for assistance with follow-up care, call the toll-free number: **877-YHP-CARE** (877-947-2273) in the United States or Canada. In addition, our web site has a list of toll-free numbers allowing your to contact YUHS directly from over 60 overseas locations.

For general information, you can contact YHP electronically by e-mailing us at **member.services@yale.edu** or by visiting us at our web site, **www.yale.edu/uhs.**

Registering with Yale Health OnLine at **www.yalehealthonline.yale.edu** will allow you to contact us through this secure, interactive web site. See page 16 for details.



## What is considered an emergency?

An emergency condition is defined as a major acute medical problem or major acute trauma that requires immediate medical attention, or a condition that could lead to serious harm if treatment is not received or is delayed.

## What should I do if I have an emergency?

First and foremost, you should seek care. Your health and well-being are of greatest importance! You do not need to call YHP before receiving emergency treatment. However, you should notify the Care Coordination Department at 203-432-7397 within 48 hours (2 business days) of receiving treatment so that we may coordinate insurance coverage with the provider from whom you received the emergency care.

## What if I am away and have a serious problem that might not qualify as an emergency?

You are also covered away from campus for urgent situations. An urgent medical situation is the sudden and unexpected onset of an acute medical problem or trauma requiring immediate medical attention. Care for nonacute phases of chronic conditions, maintenance care, and routine care are not considered urgent. If you are able to, you can call Urgent Care (203-432-0123) or your clinician to obtain medical advice over the phone. If that is not possible or appropriate, you should seek the care you need. If you are away from New Haven County, you may receive urgent care at any medical facility and receive the same coverage as for emergency care, including short-term follow-up care if pre-authorized.



## What happens if circumstances prevent me from contacting YUHS within 48 hours?

If your condition prevents you or your representative from contacting the Care Coordination Department within 48 hours, you will still be covered for the emergency, but you should contact Care Coordination as soon as possible to ensure that YHP clinical staff are aware of your condition and to request Care Coordination to authorize follow-up care should it be needed. Remember to carry your YHP card with you at all times; it can provide valuable information if you can't communicate.

## What if my emergency requires follow-up care?

Short-term follow-up care that is pre-authorized will be covered. YHP clinical staff will assist in coordinating follow-up care, if needed. For assistance with pre-authorization, call YHP's toll-free number, 877-YHP-CARE.

## What should I do for follow-up care if I am away from New Haven in the summer and need to continue treatment?

Each person requires a different treatment plan, so you should consult with your clinician. In general, if you are on a treatment plan and are going to travel, your clinician can work with you to develop a method of ensuring care as you travel. Please remember that while emergency and urgent care are covered while you are out of the area, routine care is not covered by YHP Hospitalization/Specialty Coverage. If you have alternate insurance, you should look into the terms of its out-of-area coverage.



## Can I use YHP services if I return to New Haven during the summer?

Yes. The health center at 17 Hillhouse Avenue is open year-round, 24 hours a day. You will have the same coverage as you did before you left.

## For how long am I covered after I leave campus?

The last day of fall-term coverage is January 31. The last day of spring-term coverage is August 31. YHP Basic, YHP Hospitalization/Specialty Coverage, Prescription Plus, and YHP Affiliate Coverage all remain in effect for the entire term, providing the student and any enrolled dependents remain eligible.

## I've been on a leave of absence. What happens when I return to Yale?

Contact Member Services. If you are eligible, you will go right back onto YHP Basic and will automatically be re-enrolled in YHP Hospitalization/Specialty Coverage and Prescription Plus unless you waive and provide proof of alternate hospitalization coverage.

## Are my dependents covered for emergency and urgent care?

The same guidelines apply. If your dependents are enrolled in YHP Hospitalization/Specialty Coverage their emergency care is covered as described above.



## How do I obtain prescription refills while I am away?

To transfer your prescription to your local pharmacy, have them call the YUHS Pharmacy (203-432-0033). If you have Prescription Plus coverage, retain the receipt and submit it to the Claims Department for reimbursement.

Non-Yale Health Plan pharmacy bills must include:

- patient name
- physician name
- prescription number
- prescription date
- prescription charge



As part of our commitment to providing high-quality care, YHP encourages members to communicate directly with the administration so that we can help you resolve problems, listen to your suggestions for improving services, and find out what you think is working well. Please note that, in addition to the resources below, you also have access to YHP's Member Advisory Committee, which is made up of representatives from all around the University. Meetings are held monthly, at which time problems are reviewed and recommendations are made. Members are assured confidentiality regarding any issues they raise. For further information, please contact the Member Advisory Committee / Yale Health Plan / 17 Hillhouse Avenue / P.O. Box 208237 / New Haven, CT 06520-8237.

**YHP encourages members to communicate directly with the administration.**

Yale college and graduate and professional students can check the YUHS website for the names of their representatives.

## How do I contact YHP for general information about membership, using YHP services, and other nonmedical matters?

Visit or call the Member Services Department during business hours. Representatives are available to answer questions regarding membership, eligibility, and general benefits. You do not need an appointment to come in and talk with a representative. In the New Haven area call 203-432-0246. Out of state you can use our toll-free line: 877-YHP-CARE. You can also e-mail us at member.services@yale.edu or check us out on our website, www.yale.edu/uhs.



### What do I do if I've had a problem with medical care?

Contact the department manager, whose role it is to see that the clinical area runs smoothly and responds to patient needs. Or, contact the patient representative, who has experience in resolving problems. The patient representative can be reached by phone (203-432-0109). Or write to: Patient Representative / Yale Health Plan / 17 Hillhouse Avenue / P.O. Box 208237 / New Haven, CT 06520-8237.

### Whom do I contact with a complaint about a nonmedical aspect of YHP service?

Contact the department manager. If your complaint is not resolved, contact the patient representative by calling 203-432-0109. If your complaint is a general one, you may also fill out a patient comment card. Cards are available at in the lobby, at department reception desks and from the website (downloadable) at www.yale.edu/uhs.

### Whom do I contact with a compliment or an idea?

Fill out a comment card (see above); cards may be dropped off in the box opposite the first floor elevators. All are reviewed by the director of YHP and appropriate clinical and administrative staff. You may also call or write to the director or any associate director; names and addresses are available from Member Services.

Please read our Patient Bill of Rights (pp. 84–85) which spells out in detail our commitment to providing our members with the highest quality, most responsive health care.



**What services do I get for free and what services involve billing either to me or my insurance company?**

YHP Basic services are free to students who meet eligibility requirements. If you have alternate (non-YHP) hospitalization/specialty insurance and obtain services other than the ones included in YHP Basic, you may be responsible for co-payments even if your alternate insurance partially covers those services. YHP Hospitalization/Specialty Coverage does not require any co-payments.

**So if my alternate insurance receives a claim for services I received at YHP, does that mean that those services are not part of YHP Basic, are not free, and are my responsibility?**

Yes, unless a billing error has been made. If you want to check, you can call the Billing Department at 203-432-7877 or 432-0275.

**I have alternate (non-YHP) hospitalization insurance. I received a service through YHP that I thought was covered by that insurance, but (1) I've just received an EOB (explanation of benefits) saying that they won't pay and/or (2) I've found a charge on my SFAS account for those YHP services. Why? And what should I do?**

There are three possibilities:

1. The service or treatment you received may not be covered by your alternate insurance for any number of reasons: that service is not covered at all; your insurance may require prior approval for some services, and you did not obtain that approval; you may have received treatment at YHP for a condition that your plan thinks should have been treated in the plan's network. If your plan doesn't pay, YHP then bills your SFAS account.



2. The service is covered but is subject to a co-payment or deductible, for which you are being billed.

3. Incorrect information in your records may have caused the denial. First you should call the YHP Billing Department (203-432-7877 or 432-0275) to see if your information is correct. If it isn't, the corrections will be made and the claim will be sent again. However, if your information is accurate, the dispute over the claim is then between you and your insurance plan and you will have to follow through with them.

## How do I know if my alternate insurance is paying for services I receive at YHP?

Often, you will receive an EOB (explanation of benefits) with the payment information from your plan. If the EOB indicates a partial payment or denial for services then you will be billed for the unpaid balance on your SFAS account.

## Who do I contact if I change my outside insurance, or if there is a change in the plan?

Contact the YUHS Billing Department with the updated information and a copy of your new insurance card.

## What do I do if I receive a check from my alternate insurance for services I received at YHP?

If you receive a check with an EOB (explanation of benefits) from your alternate insurance carrier for services provided to you by YUHS, contact the YUHS Billing Department at 203-432-7877 and you will be advised how to submit the payment to YUHS. Please note that any payments billed to your insurance and not paid to YUHS will be billed to your SFAS account.



### I thought that services and treatments in the Inpatient Care Facility (ICF) were free. Why did I get a bill for my stay?

Students receiving YHP Basic benefits who are admitted to the ICF by a YHP clinician do receive room and board, nursing care, and primary care at no charge. Those who have purchased YHP Hospitalization/Specialty Coverage also receive approved specialty services at no charge. However, if you have alternate insurance, specialty care services ordered or rendered by a YHP clinician during an ICF stay will be billed to your other insurance. That company may or may not cover those services. If it does not, you will be billed directly via your SFAS account.

### I checked with my alternate insurance company. They said they've already paid a claim sent to them by YHP for services I received at YHP. But I see a charge on my SFAS account. What do I do?

Call the Billing Department to verify that payment has been received by YHP. If it has been paid, you will receive credit on your SFAS account.

### I have YHP Hospitalization/Specialty Coverage and Prescription Plus—in other words, I thought I was covered for absolutely everything. But I received a bill. What's going on?

Certain covered services and items will normally be billed to you. An example of this is durable medical equipment such as crutches or braces. You pay that bill and then submit it to the Claims Department. They will reimburse you, subject to the provisions of the terms of coverage.



## I have YHP Hospitalization/Specialty Coverage. I was referred by a YHP clinician for a medical procedure within the YHP network but outside 17 Hillhouse Avenue, a procedure I thought was covered. Why did I receive a bill?

Check to make sure that what you received is actually a bill. It may have been a copy of their invoice describing the procedure and telling you that the claim has been sent to YHP for payment. If it is a bill there may have been an error. Contact the YHP Claims Department.

## How do I file a claim with YHP?

Claims for reimbursement of covered services should be accompanied by itemized bills for services rendered (charge card receipts and balance due statements are not acceptable). Bills for services must include diagnosis and procedure codes for determination of coverage. Claim forms are available in the Claims Department. Please submit claims to:

Yale Health Plan

Claims Department

55 Whitney Avenue (2nd floor)

P.O. Box 208217

New Haven, CT 06520-8217.

## How long do I have to file a claim?

Claims for covered services are honored for one year from the date of service. If the delay is the responsibility of the clinician or facility who rendered the service, the deadline may be extended.



### I filed a claim but haven't received either reimbursement or notification for several weeks. Is this normal?

If you haven't received a response to a claim within 60 days of filing, contact the YHP Claims Department. Or you can call sooner to see if the claim has been received and is being processed.

### I have YHP Hospitalization/Specialty Coverage. When I saw my YHP primary clinician we discussed a treatment that might be helpful. I obtained the treatment, paid the provider's bill, and submitted the claim to YHP. But the claim was denied. Why?

Although your clinician may have discussed a treatment, you must receive a referral and have prior approval from the YHP Care Coordination Department in order for the treatment to be covered. If you obtain treatment without a referral and prior approval, the claim will not be paid. The same applies if you want a second opinion.

### I have YHP Hospitalization/Specialty Coverage. I received a referral from a YHP clinician and obtained prior authorization to see a specialist outside 17 Hillhouse Avenue. But I got a bill from the specialist. Why?

Different network providers have different policies; some will bill YHP directly for prior-approved services, while some will bill you. Bring or send the bill to the Claims Department and, if the service is covered, the claim will be paid.



### What do I do if I'm having a problem getting a claim paid?

Contact the Claims Department (203-432-0250). A claims representative can answer questions regarding claims processing and YHP benefits. The office is open weekdays from 8:30 am to 5:00 pm. You do not need an appointment.

### Is there an appeals process if my claim has been denied or if I've been told by the Care Coordination Department that the service for which I've been referred won't be covered?

If your claim is denied you have a right to appeal the decision. The appeals\process involves two levels. The first level appeal requires a request for reconsideration in writing within 180 days from the date of receipt of the initial determination. First level requests must be mailed to the Yale HealthPlan, Manager, Claims Department.

The first review will be completed within 30 days of receipt of the appeal. You will be contacted if further information is needed to assist in the determination. The written determination will be issued within 5 business days from the date the appeal decision is made.

If you do not agree with the first level claim appeal decision, a second level claim appeal may be requested. Second level appeals must be requested in writing within 60 days of receipt of the first level claim appeal determination and mailed to the Yale Health Plan Patient Representative. The Yale Health Plan Claims Committee will be convened to consider the second level claim appeal. The second review will be completed within 30 days of receipt of the appeal. The decision of the Claims Committee will be issued within 5 business days from the date the appeal decision was made.



For further information on your appeal rights, please contact the Yale Health Plan, Manager, Claims Department (432–1003) who will guide you through the appeals process.

Once you have exhausted the above appeals, should the initial claim determination be upheld, you have a right to bring a civil action under Section 502(a) of the Employee Retirement Security Act of 1974 (ERISA).

## When do I need a referral?

Some services available to you under YHP Basic coverage do require a referral from your primary care clinician. These include nutritional counseling and laboratory services. You need an in-house referral if your primary care clinician refers you to a specialist within 17 Hillhouse Avenue. If you are are referred outside of 17 Hillhouse for any services — office visits, treatments, tests, consultations — you need an outpatient referral, which must be approved in advance by the Care Coordination Department. You do not need a referral to use a primary care clinician (including those in the Ob/Gyn and Sports Medicine Departments) or to use the Urgent Care or Mental Hygiene Departments. You also do not need a referral to use the Ophthalmology Department. No referrals are needed for the use of fee-for-service departments.



### Who gives me the referral and what do I do when I get it?

Usually you will receive a referral from your YHP primary care clinician. If your clinician has referred you to an in-house specialist, that specialist can also refer you. Referrals can also be made by clinicians in the Urgent Care Department.

If you are referred in-house, make the appointment and bring with you the referral form you will have received from the referring clinician.

If you are referred outside 17 Hillhouse Avenue, the clinical department will process the referral, obtain authorization and schedule an appointment. In some instances, you will be required to visit the Care Coordination Department to have the referral reviewed. If you have alternate (non–YHP) hospitalization/specialty coverage, make sure to take your insurance card and any other pertinent information to the outside provider so that your other insurance can be billed. Make sure that the person who checks you in for your appointment records all the information correctly.

### What if there isn't time to go through the whole referral process?

Under certain circumstances, the approval can be processed by phone and must then be followed up with the necessary paperwork.



## What does the referral cover?

A referral covers only the specific services that your YHP clinician has requested on that form and that the Care Coordination Department has authorized.

## What happens if the outside clinician wants to see me for additional appointments or wants me to have tests?

If the outside clinician wants you to have additional consultations, treatments, or testing, that clinician must contact the referring YHP clinician to have a new referral generated. It is a good idea for you to check with your clinician or with the Care Coordination Department to see that the contact has been made and that prior approval has been obtained before you proceed with the additional appointments.

## Is there a time limit on referrals?

Yes. Generally, a referral is issued for a 4-month period. If additional appointments are required past the 4 months or you need additional services within the 4-month period, you must get another referral.



## Is there an appeals process if my referral (pre-service) has been denied or if I've been told by the Care Coordination Department (CCD) that the service for which I've been referred won't be covered?

If your referral is being denied, a member of the Care Coordination Department (CCD) or the department from which the referral was generated will contact you. This process should take place within 24 hours of notification or as soon as possible if the referral is for an urgent matter or within 5 days for non-urgent/routine care referrals. A CCD representative can provide alternatives for your care or per your request may do additional research regarding the referral for up to a 15 day period. You may be asked to obtain a copy of your medical record from outside clinicians if information is not available, and submit it for reconsideration. The CCD Manager is also available to provide assistance in reviewing the denial of pre-service decisions.

If the second review upholds the denial, a written confirmation will be sent to you stating the reason for the denial. Upon receipt of this decision, you may contact the Claims Review Committee to reconsider the decision. This request must be submitted in writing to the Patient Representative within 15 days of receipt of the denial notice and should include any supporting documents or information to support the request. In most cases, the final decision will be issued within 15 days of the date that the Claims Review Committee receives the request.



## What is YHP's confidentiality policy?

Your medical records are strictly confidential, stored in a restricted area and available only to individuals involved in your care and authorized administrative personnel on a need-to-know basis. No one else is authorized to obtain information in your records without your written consent.

Mental health records are kept in the Division of Mental Hygiene and filed separately from other medical records. They are available only to appropriate mental health personnel. These records are not released to anyone — including other YHP clinicians or administrative personnel — without your permission.

Information from your medical records and from providers or hospitals incident to the doctor-patient relationship will not be disclosed without your written consent except for the purposes of treatment, payment or health care operations (TPO) or as authorized by law. For additional information about your privacy rights under federal law see page 79-83.



## HIPAA

The Health Insurance Portability and Accountability Act (HIPAA) is a measure passed initially by Congress in 1996 that requires the adoption by medical facilities of security and privacy standards to protect personal health information. The rule limits the use and release of individually identifiable health information; gives patients the right to access their medical records; restricts most disclosures of health information to the minimum needed for the intended purpose; and establishes safeguards regarding disclosure of records for certain public responsibilities, such as public health and law enforcement.

As part of compliance with HIPAA, YUHS must provide all patients treated at our facility with a copy of the Notice of Privacy Practices that describes how their medical information may be used and disclosed and how they can obtain this information. To view this document, please see page 79.

## I'm under 21. Do you have to tell my parents about treatment I request or receive at YHP?

No. Your medical records are confidential. But keep in mind that if you have alternate (non-YHP) hospitalization coverage, bills or explanations of benefits (EOBs) may be sent to your home address where family members could see them.



## How do I get copies of my medical records?

Upon your written request and authorization, your medical records will be forwarded to any designated individual or institution. There is no charge for forwarding your records to another clinician or school. If you request a copy for yourself or for someone other than a clinician or student health service, a nominal copying fee will be charged. You may obtain copies of your records by filling out a release form. You can also fax us a request at 203-432-1102. Call the Medical Records Department at 203-432-7785 for more information. Please plan ahead as requests are generally processed in the order received and at certain times of year the waiting time for obtaining records may be as long as four weeks.

## How long do you keep medical records?

Medical records are generally kept for 7 years after you leave the university. Records are kept for 10 years if you stayed in our Inpatient Care Facility (ICF), if you were pregnant while you were a YHP member, or if you were born while your parent was a YHP member. If you were injured on the job while employed at Yale, your records will be kept for 30 years.

# CONTENTS: TERMS OF COVERAGE

**Eligibility and Enrollment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
   Insuring the student . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
   Insuring your dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
**YHP Basic** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
   Dates of coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
   Coverage description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
**YHP Hospitalization/Specialty Coverage** . . . . . . . . . . . . . . . . . .58
   Dates of coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
   Coverage description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
   Claims procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
**Prescription Plus** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64
   Dates of coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64
   Coverage description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
   Claims procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67
**Exclusions and Limitations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68
   General exclusions and limitations . . . . . . . . . . . . . . . . . . . . .68
   Network exclusions and limitations . . . . . . . . . . . . . . . . . . . . .68
   Coverage date exclusions and limitations . . . . . . . . . . . . . . . .69
   Service exclusions and limitations . . . . . . . . . . . . . . . . . . . . .69
   YHP Hospitalization/Specialty Coverage exclusions and limitations . . . .70
   Prescription Plus coverage exclusions and limitations . . . . . . . . . . . . . . .70
**Termination of Coverage** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
   Leaving Yale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
   Termination of dependent coverage . . . . . . . . . . . . . . . . . . . . .72
   When YHP can terminate coverage . . . . . . . . . . . . . . . . . . . . .73
**General policies and procedures** . . . . . . . . . . . . . . . . . . . . . . . . .74
   Coordination of benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
   Subrogation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
   Workers' compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75
   Miscellaneous provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . .76
   ERISA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
   Notice or Privacy Practices (NOPP) . . . . . . . . . . . . . . . . . . . .79
   Patient Bill of Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .84



*The following pages contain the terms of coverage for the YHP coverage options available to students and enrolled dependents. They describe eligibility and enrollment conditions, explain what kinds of coverage are available, list exclusions and limitations, explain when and under what conditions YHP coverage terminates, and outline miscellaneous provisions. Please read this section carefully to be fully aware of your rights and responsibilities as a YHP member.*

## ELIGIBILITY AND ENROLLMENT

The following section outlines the eligibility requirements for enrollment in each of the YHP coverage options. If after reading this section you have any questions regarding your eligibility status, the enrollment deadlines, or the coverage dates, please contact Member Services (203-432-0246).

## INSURING THE STUDENT

Students and their dependents have a wide range of health care options while at Yale. Degree-candidate students enrolled half-time or more receive primary care services at no charge through the Yale University Health Services (YUHS) and are required to provide proof of hospitalization and specialty care coverage. Dependents are not required to have coverage. YHP offers a number of options to help you meet your health care needs.

## YHP Basic

If you are a **degree-candidate student enrolled half-time or more**, the University provides you with primary care services at YUHS at no charge through YHP Basic. This coverage is automatic: you don't need to enroll or submit any forms.

For new students and newly eligible students, coverage begins on the date of the opening of the dormitories of their college or school and continues through August 31, providing they remain eligible. For returning students, coverage begins September 1 and ends August 31, providing they remain eligible. For more information on primary care services offered through YUHS, see the section YHP Basic Coverage Description.



## YHP Hospitalization/Specialty Coverage

Most students meet the University requirement for hospitalization and specialty care coverage by subscribing to YHP Hospitalization/Specialty Coverage, which provides coverage for all approved hospitalization and specialty care services. For full details, see the section YHP Hospitalization/Specialty Coverage description.

If you are a **degree-candidate student enrolled half-time or more**, you are automatically enrolled in this coverage and will be billed for the premium. Full-year coverage dates are identical to those for primary care services, listed above. However, YHP Hospitalization/Specialty Coverage may also be purchased for either the fall term only or spring term only. For new students and newly eligible students, coverage for fall term only begins on the date of the opening of the dormitories of a student's college or school and continues through January 31, while coverage for spring term begins on the date of the opening of the dormitories of a student's college or school and continues through August 31. For returning students, coverage for fall term only begins September 1 and ends January 31, while coverage for spring term begins February 1 and continues through August 31.

Students who do not want this coverage must provide proof of alternate insurance and submit a properly completed waiver form annually. To decline YHP Hospitalization/Specialty Coverage for the full year or fall term only, you must submit that form to YHP Member Services by September 15; to decline coverage for spring term only, you must submit the waiver form to Member Services by January 31. If waiver forms are not submitted by the deadlines, the premium for YHP Hospitalization/Specialty Coverage will be posted to your SFAS account.

**Note to students who waive.** If students who are subject to the University requirement to obtain hospitalization and specialty care insurance lose their non-YHP hospitalization insurance coverage, they must either revoke their waiver and enroll in a YHP plan or select another hospitalization insurance carrier. Students who choose to enroll in the YHP plan must do so within 30 days of the loss of other coverage. YHP's coverage begins the day following the other plan's termination date. Premiums are not prorated, and students must pay for the full-term cost of the YHP plan.

## Prescription Plus

If you are eligible for YHP Hospitalization/Specialty Coverage, you are also eligible for Prescription Plus. This plan provides coverage for prescription items as well as supplemental coverage for some of the services not covered under YHP Hospitalization/Specialty Coverage. For more information on this plan, see the section Prescription Plus description.



The coverage dates for Prescription Plus are identical to the coverage dates for YHP Hospitalization/Specialty Coverage. As with YHP Hospitalization/Specialty Coverage, Prescription Plus must be waived annually if you don't want it. You may purchase YHP Hospitalization/Specialty Coverage and waive Prescription Plus, but you cannot purchase Prescription Plus unless you also purchase YHP Hospitalization/Specialty Coverage. Waiver deadlines are the same as for YHP Hospitalization/Specialty Coverage.

## YHP Affiliate Coverage

Students who do not meet the eligibility requirements for YHP Basic and YHP Hospitalization/Specialty Coverage are not required by the University to obtain hospitalization and specialty care coverage. They are eligible, however, to enroll in YHP Affiliate Coverage and receive primary and specialty care if they are

- degree-candidate students who are no longer enrolled half-time or more or who are paying less than half of the term's tuition
- undergraduates in a junior-year-abroad program
- medical students on extended study
- students registered as special students in a degree-candidate program
- students registered in absentia who are studying at another institution
- students on a leave of absence.

YHP Affiliate Coverage combines YHP Basic coverage with the coverage offered by YHP Hospitalization/Specialty Coverage, but under YHP Affiliate Coverage the cost of primary care coverage is added to the premium. For a description of the coverage offered by YHP Affiliate Coverage, see the sections YHP Basic and YHP Hospitalization/Specialty Coverage. The coverage is identical but the cost is not. Enrollment in this coverage is not automatic.

The deadline for enrollment is September 15 for the full year or fall term, and January 31 for the spring term. Students are responsible for completing and submitting the appropriate enrollment forms to Member Services by the above deadlines. Coverage dates are identical to those for YHP Hospitalization/Specialty Coverage.

If you become ineligible for YHP Hospitalization/Specialty Coverage within the term, you are no longer required to have hospitalization insurance; however, if you meet the eligibility requirements for YHP Affiliate Coverage you may enroll in YHP Affiliate Coverage within 30 days of the date you become ineligible or wait until the next term in which you are eligible for this coverage. Premiums paid for YHP Hospitalization/Specialty Coverage and YHP Prescription Plus coverage will be applied to the premiums for YHP Affiliate Coverage. Students who purchase YHP Affiliate Coverage may also purchase Prescription Plus.



## INSURING YOUR DEPENDENTS

Dependents of any student enrolled in YHP Hospitalization/Specialty Coverage or YHP Affiliate Coverage may be enrolled as dependents in the same plan as the student, based on the eligibility requirements listed below. Dependents enrolled in YHP Hospitalization/Specialty Coverage or YHP Affiliate Coverage also receive primary care services as part of their coverage under the same conditions and restrictions as the student. Dependents enrolled in these plans are subject to the conditions and restrictions of YHP Hospitalization/Specialty Coverage. **Enrollment is not automatic and must be renewed annually.**

Eligible dependents are
• a student's lawfully married spouse
• a student's same-sex domestic partner
• a child who is the biologic or legally adopted child of the student or enrolled spouse/partner, or a child for whom the student or enrolled spouse/partner can provide proof of court-appointed guardianship or custody, providing
    – the child is less than 19 years old, unmarried, resides primarily in the student's home and is financially dependent upon the student or spouse/partner for support *and*
    – the child is claimed as an exemption on the student's or enrolled spouse/partner's income tax return according to IRS regulations.

An exception to the residency requirement may be made for dependents of a divorced student who is legally responsible to purchase health insurance under the divorce decree. Please note that same-sex domestic partners must be certified as eligible for coverage by the student's school.

Dependents who are not enrolled may receive care at YUHS, but the student will be billed for all services rendered. Students who find themselves in this situation are strongly encouraged to obtain outside insurance for their dependents.

## Enrolling eligible dependents

You may enroll your eligible dependents each year for full-year or fall-term coverage by completing and submitting an enrollment form and paying the appropriate premium to YHP Member Services prior to September 15. Coverage becomes effective at the same time as the student's coverage. The enrollment deadline for coverage for spring term only is January 31, and coverage becomes effective at the same time as the student's coverage. If you fail to enroll your dependents by the enrollment deadlines you must wait until the next term in which they are eligible for coverage.



A student who marries during the term may enroll his or her **spouse** by submitting an enrollment form to Member Services within 30 days of the marriage and paying the full term premium. Premiums will not be prorated. Coverage begins the first day of the month after the marriage.

A student's **same-sex domestic partner** who becomes newly certified by the student's school may enroll by submitting an enrollment form within 30 days of the certification and paying the full term premium. Premiums will not be prorated. Coverage begins the first day of the month after the certification.

A **newborn child** may be enrolled in YHP and covered from the moment of birth, provided that the newborn meets the dependent eligibility criteria and is enrolled within 30 days of birth. Upon notification by the student of the child's birth, YHP Member Services will send an enrollment change application to the enrolled parent(s) of the newborn child. If after 30 days the newborn child is not added to the coverage, YHP will bill the student for all services rendered to the newborn from the date of birth. If you do not enroll your newborn child within 30 days of the date of birth you must wait until the next term in which the child is eligible for coverage.

An **adopted child** must be enrolled within 30 days of the date on which the child is placed in the student's household. Coverage begins on the first day of placement if the enrollment form is received within 30 days of the date of placement. Legal documentation is required before coverage can become effective. Contact Member Services to ensure that you supply the correct documentation. If you do not add the child within 30 days of placement or adoption you must wait until the next term in which the child is eligible for coverage.

A **child for whom you or your enrolled spouse/partner are the legal custodian or guardian** must be enrolled within 30 days of the date of court-appointed custody or guardianship. Legal documentation is required before coverage can become effective. Contact Member Services to ensure that you supply the correct documentation. If you do not add the child within 30 days you must wait until the next term in which the child is eligible for coverage.

Please note, **if your dependents lose other coverage**, you must enroll them within 30 days of the loss of other coverage and provide proof of the loss of coverage or wait until the following term in which they are eligible for coverage. Premiums will not be prorated.



# YHP BASIC

## DATES OF COVERAGE

| Dates of Coverage | Fall Term | Spring Term |
|---|---|---|
| New and newly eligible students who enroll fall term | Official opening of dorms—January 31 | February 1—August 31 |
| New and newly eligible students who enroll spring term | Not applicable | Official opening of dorms—August 31 |
| Returning students | September 1—January 31 | February 1—August 31 |

The above dates apply only to students and enrolled dependents who remain eligible. For eligibility requirements, see the section Eligibility and Enrollment. Students and enrolled dependents who lose their eligibility during the term will be terminated from coverage. For more information on loss of eligibility, including the dates on which coverage terminates, see the section Termination of Coverage.

## YHP BASIC COVERAGE DESCRIPTION

Primary care services at YUHS are covered at 100% for students who meet the eligibility criteria outlined in the section Eligibility and Enrollment. Primary care services are not covered if they are rendered by clinicians or facilities that are not part of the YHP health care network. This includes health care received out of area for nonemergency and nonurgent conditions. Primary care services at YUHS are coordinated by clinicians in the primary care departments, which are

- Student Medicine
- Internal Medicine
- Gynecology
- Mental Hygiene
- Sports Medicine (varsity athletes)
- Pediatrics
- Urgent Care



Additional services are also offered at no charge to eligible students through the following YUHS departments, though in some cases a referral from a primary care clinician is needed.
- laboratory services (on-site and other in-network facilities)
- Nutrition
- Inpatient Care Facility (for up to 30 days)

YHP Basic also includes preventive care such as flu shots, postexposure immunizations, and routine eye exams. These services may be provided in a YHP specialty care department but are still considered primary care and are available at no charge to eligible students. Unpaid or noncovered services may be billed to your SFAS account. Specialty care services, even if rendered in a primary care department, are covered under YHP Hospitalization/Specialty Coverage or, if the student has declined the coverage, are billed to the student's alternate insurance plan.



# YHP HOSPITALIZATION/SPECIALTY COVERAGE

## DATES OF COVERAGE

| Dates of Coverage | Full year | Fall term only | Spring term only |
|---|---|---|---|
| New students | Official opening of dorms—August 31 | Official opening of dorms—January 31 | Official opening of dorms—August 31 |
| Returning students | September 1—August 31 | September 1—January 31 | February 1—August 31 |
| Newly eligible students | Official opening of dorms—August 31 | Official opening of dorms—January 31 | Official opening of dorms—August 31 |
| Students who revoke their waiver | The day after the other plan's termination date—August 31 | The day after the other plan's termination date—January 31 | The day after the other plan's termination date—August 31 |

The above dates apply only to students and enrolled dependents who remain eligible. For eligibility requirements, see the section Eligibility and Enrollment. Students and enrolled dependents who lose their eligibility during the term will be terminated from coverage. For more information on loss of eligibility, including the dates on which coverage terminates, see the section Termination of Coverage.

Students who are eligible for YHP Basic coverage may purchase hospitalization and specialty care coverage through YHP Hospitalization/Specialty Coverage. Students who purchase dependent coverage through YHP Hospitalization/Specialty Coverage or YHP Affiliate Coverage receive YHP Basic and all of the coverage outlined in the section YHP Hospitalization/Specialty Coverage Description.

# YHP HOSPITALIZATION/SPECIALTY COVERAGE DESCRIPTION

YHP Hospitalization/Specialty Coverage covers approved outpatient specialty care received through the YHP health care network at 100%. YHP Hospitalization/Specialty Coverage also covers approved inpatient care at YHP-approved inpatient facilities at 100%. In addition, YHP Hospitalization/Specialty Coverage covers all approved emergency care received at any location at 100%.



## In-Network coverage

### Outpatient coverage

Outpatient care simply means health care received without being admitted to a hospital or other facility. The specialty services offered at YUHS are outpatient services and most are covered at 100% for enrolled students and their enrolled dependents. This does not include services offered on a fee-for-service basis. For additional exceptions to this policy, see the section Exclusions and Limitations.

### *Outpatient coverage outside YUHS*

If in the course of medical evaluation and treatment, a member requires outpatient services not provided at YUHS, the member's primary care clinician may make a referral to an approved specialist in the YHP health care network outside YUHS. Prior authorization for coverage of these services must be obtained from the YHP Care Coordination Department. A referral from your primary care clinician is necessary but does not constitute authorization for coverage. Authorization for coverage must be obtained from the Care Coordination Department. Approved claims are covered at 100%.

Please note that YHP will not pay for the services of a non-YHP network clinician unless those services, including all testing and treatment ordered by the non-network clinician, are authorized in advance by the YHP Care Coordination Department. This is true even if the member was referred for the services by a YHP network clinician, except in the case of emergencies (see the section Emergency Care Coverage).

### *Outpatient psychotherapy services for dependent children*

YHP Hospitalization/Specialty Coverage covers outpatient psychotherapy services for an enrolled student's (or enrolled spouse's/partner's) enrolled children under the care of a licensed clinical psychologist, psychiatrist, licensed clinical social worker, or certified alcohol counselor. No referral or prior authorization is needed for this service. Reimbursements for enrolled children are paid at $25 per visit after an annual (September 1 through August 31) $100 deductible is met. There is a yearly maximum of 16 visits and a lifetime maximum of 80 visits for each enrolled child. Charges for separate sessions with parents are not covered. For students and their enrolled spouse/partner, psychotherapy is available only at YUHS under YHP Basic or YHP Affiliate Coverage; there is no reimbursement for outside services.



## Inpatient coverage

YHP will provide coverage at 100% for medically necessary inpatient care at a YHP-approved inpatient facility — licensed acute care hospital, approved psychiatric hospital, approved substance abuse treatment center, approved rehabilitation center — under the authorized care of a YHP network physician under the terms outlined below. If, in the judgment of YHP, the illness or injury or its continuing care could have been treated in the Inpatient Care Facility (ICF) at YUHS, payment for inpatient hospital charges will be denied. Except for emergency admissions, any inpatient charges incurred for a hospital admission supervised by a non-YHP physician will be denied. For emergency care, see the section Emergency Care Coverage.

### *Acute care medical/surgical admissions*

Students and enrolled dependents are covered for medically necessary inpatient care at a YHP-approved short-term general hospital under the care of a YHP network physician (see the limitations for inpatient rehabilitation, psychiatric, or substance abuse care immediately below). Coverage includes the cost of a semiprivate room, meals, general nursing care, and most nonprofessional fees billed by the hospital. In addition, professional fees of YHP network clinicians will be covered in full. Coverage does not include charges for convenience or personal comfort items, such as a television or telephone. **Please note in regard to maternity coverage:** starting from four weeks before your due date or earlier if you are advised not to travel by the YHP network obstetrician, charges associated with hospital admission will be covered only at Yale–New Haven Hospital. Exceptions will be made only when the admission to another facility is for a potentially life-threatening condition. The onset of labor that happens to occur while the mother is away from New Haven will not be an exception.

### *Rehabilitation admissions*

In addition to being covered for medically necessary inpatient care at a YHP-approved short-term general hospital under the authorized care of a YHP network physician, students and enrolled dependents are covered for a lifetime maximum of 30 days of inpatient care at a YHP-approved, nonpsychiatric rehabilitation hospital or rehabilitation ward of a general hospital.



*Psychiatric or substance abuse admissions*

In addition to being covered for medically necessary inpatient care at a YHP-approved short-term general hospital under the care of a YHP network physician, students and enrolled dependents are covered for up to 60 inpatient days per year for medically necessary direct care of the acute phase of a mental condition or substance abuse problem at a YHP-approved psychiatric hospital, psychiatric ward of a general hospital, or institution that specializes in the treatment of substance abuse. After the first 30 days of coverage have been used, 180 days must elapse before the next covered 30 days may be used. Coverage includes the cost of a semiprivate room, meals, general nursing care, most nonprofessional fees billed by the hospital, and professional fees for services provided by non-YHP psychiatric clinicians. Each of the 30 covered days of inpatient care can be exchanged for two days (up to a total of 60 days) of partial hospitalization care provided the fee charged by the facility is half or less than half of the approved inpatient rate.

## Out-of-Network coverage

### Outpatient Coverage

In general, outpatient care received out of the YHP network of health care clinicians and facilities is not covered under YHP Hospitalization/Specialty Coverage. The two exceptions to this are outpatient care received for an emergency or urgent condition (see the section Emergency Care Coverage for a full explanation) and care that has been arranged in advance by a YHP clinician and approved in advance by the Care Coordination Department. In special circumstances when a medical condition or therapy may require some out-of-network care, a YHP clinician will case manage your condition, which means that the clinician will coordinate in advance medically necessary care out of network and assist in arranging for the pre-authorization of this care. Case managed care is covered out-of-network only when care is coordinated in advance by a YHP clinician and authorized in advance by the Care Coordination Department.

### Inpatient Coverage

Inpatient care received out of the YHP network of health care clinicians and facilities is covered only if the admission stems directly from an emergency or urgent condition. See the section Emergency Care Coverage for a full explanation.



## Emergency care coverage

Emergency care and pre-authorized follow-up care for emergency conditions are covered at 100% regardless of location. An emergency condition is defined as a major acute medical problem or major acute trauma that requires immediate medical attention or a condition that could lead to serious harm or death if care is not received or is delayed. Coverage includes emergency facility fees, laboratory expenses, radiological expenses, emergency physicians' fees, ambulance transportation, and pre-authorized short-term follow-up care. If you need emergency care, go to the nearest emergency facility for treatment. Treatment for emergency conditions is covered at all emergency facilities worldwide.

Please contact the YHP Care Coordination Department within 48 hours (or 2 business days) of receiving emergency outpatient treatment or being admitted to an emergency facility. The Care Coordination Department will (1) notify YHP clinical staff of your condition so that they can coordinate your care as appropriate or make any further arrangements for your care and (2) pre-authorize any necessary follow-up care. **Follow-up care that is not pre-authorized may be denied.** If YHP deems it appropriate, YHP may arrange for and cover the expenses of transporting you to a YHP-approved facility to receive follow-up care. If the severity of your medical condition prevents you or your representative from contacting the YHP Care Coordination Department within 48 hours, you will still be covered for the emergency; but you should contact Care Coordination as soon as possible to ensure that YHP clinical staff are aware of your condition and to request Care Coordination to pre-authorize follow-up care. You are strongly encouraged to carry your YHP membership card with you at all times to ensure that someone will be able to contact YHP in the event of an incapacitating emergency.



Urgent care is covered at 100% when it is received at the Urgent Care Department at YUHS. An urgent condition is defined as the sudden and unexpected onset of an acute medical problem or trauma that requires immediate medical attention. Care for nonacute phases of chronic conditions, maintenance care, and routine care are not considered urgent. If you are away from New Haven County you are considered out of area and you may receive urgent care at any medical facility and receive the same coverage as for emergency care, including pre-authorized short-term follow-up care. In other words, no distinction is made in coverage between urgent care and emergency care received out of area; the distinction between urgent care and emergency care applies only when you are within New Haven County. You should contact the YHP Care Coordination Department within 48 hours (or 2 business days) of any care received out of area for an urgent condition to ensure that YHP clinical staff are aware of your condition and to request the Care Coordination Department to pre-authorize follow-up care. Follow-up care that is not pre-authorized may be denied.

If, in the judgment of YHP, the illness or injury does not meet the plan definition of an emergency or urgent condition, coverage will be denied. This includes all elective admissions or treatments. Coverage will also be denied for conditions that could have been treated at YUHS but were not while the student or enrolled dependent was in area.

**Claims procedures.**
*Claims are usually submitted directly to YHP by the clinician or facility who has rendered services. If a bill is sent directly to you, it is your responsibility to submit the claim to the YHP Claims Department promptly. If you fail to submit the claim to the YHP Claims Department in a timely manner you risk having the clinician or facility who rendered services initiate collection action against you. The YHP Claims Department will honor claims submitted within one year of the date you received services. Claims received by YHP may be denied if they are received after the one-year limit has expired, unless the delay is the fault of the clinician or facility who rendered services.*



# PRESCRIPTION PLUS

## DATES OF COVERAGE

| Dates of Coverage | Full year | Fall term only | Spring term only |
|---|---|---|---|
| New students | Official opening of dorms—August 31 | Official opening of dorms—January 31 | Official opening of dorms—August 31 |
| Returning students | September 1—August 31 | September 1—January 31 | February 1—August 31 |
| Newly eligible students | Official opening of dorms—August 31 | Official opening of dorms—January 31 | Official opening of dorms—August 31 |
| Students who revoke their waiver | The day after the other plan's termination date—August 31 | The day after the other plan's termination date—January 31 | The day after the other plan's termination date—August 31 |

The above dates apply only to students and enrolled dependents who remain eligible. For eligibility requirements, see the section Eligibility and Enrollment. Students and enrolled dependents who lose their eligibility during the term will be terminated from coverage. For more information on loss of eligibility, including the dates on which coverage terminates, see the section Termination of Coverage.

All YHP members who are covered by YHP Hospitalization/Specialty Coverage or YHP Affiliate Coverage may also enroll in Prescription Plus.

Prescription Plus provides supplemental coverage for some types of medical expenses not covered under YHP Hospitalization/Specialty Coverage and is considered "excess coverage." Excess coverage means that if you receive or are entitled to receive payment from any other contract, agreement, plan, or insurance, payment by Prescription Plus will be made only toward the unpaid balance. This means that claims may be submitted under Prescription Plus only after payment has been made by any other insurance that covers you.



## PRESCRIPTION PLUS COVERAGE DESCRIPTION

Reimbursement for the following services and treatment is offered under Prescription Plus. Except as otherwise indicated, reimbursements are payable at 80% after the deductible of $100 per member ($300 per family) per benefit year (September 1–August 31) has been satisfied. Prescription Plus has a combined maximum benefit of $15,000 per member per benefit year.

### Dental services

Dental services are only covered as follow-up care to a traumatic accidental injury to sound natural teeth (except chewing injuries) that occurs after the effective date of the YHP member's coverage. Repair must occur within two years of the date of the accident and the repair must occur while the member is enrolled in the plan. If approved in advance by the YHP Care Coordination Department, an exception may be made on the two-year limit for repairs for children who must wait for their permanent teeth to come in before repair work can be performed.

### Durable medical equipment

The rental or purchase of durable medical equipment (braces, crutches, etc.) is covered when it is medically necessary for the treatment of an illness or injury and ordered in advance by a YHP network clinician and approved in advance by the YHP Care Coordination Department.

### Infertility services

Treatment rendered or ordered for infertility services by a YHP network clinician is covered at 100% up to a lifetime maximum of $5,000 per member, upon referral by a YHP clinician and approval in advance by the YHP Care Coordination Department.



## Inpatient psychiatric and substance abuse services

Up to 15 days per benefit year are covered at 100% for medically necessary direct care of the acute phase of a mental condition or substance abuse problem at a YHP-approved psychiatric hospital, psychiatric ward of a general hospital, or institution that specializes in the treatment of substance abuse. This coverage is in addition to the coverage provided under YHP Hospitalization/Specialty Coverage. Coverage includes the cost of a semi-private room, meals, general nursing care, most nonprofessional fees billed by the hospital, and professional fees for services provided by non-YHP network clinicians. These 15 days may be used for partial hospitalizations, but they are not exchangeable on a two-for-one basis as they are under YHP Hospitalization/Specialty Coverage. This benefit has a yearly maximum of 15 days and a lifetime maximum of 30 days.

## Organ transplants

Hospital and medical services related to nonexperimental transplants are covered at 100% up to the Prescription Plus combined maximum of $15,000 when a referral has been made by a YHP network clinician and authorized in advance by the YHP Care Coordination Department. This includes hospitalization charges, professional fees, the direct costs of the organ and organ procurement and is limited to expenses not covered by other insurance coverage, grants, foundations, government programs, etc.

## Pharmacy items

Prescription drugs are covered if medically necessary and FDA approved. Some nonprescription items, such as diabetic supplies and ostomy supplies, are also covered.

## Podiatry services

Services provided for foot care by a licensed podiatrist are covered when medically necessary due to an underlying medical condition, such as diabetes mellitus, circulatory and neurological disorders, or morbid obesity. Podiatry services must be ordered in advance by a YHP network clinician and approved in advance by the YHP Care Coordination Department.



## Private duty or special duty nursing

Private duty or special duty nursing is covered in an acute-care hospital setting when it becomes medically necessary because the level of care required by the patient's condition cannot be provided by the regular staff of the hospital. These services must be ordered in advance by a YHP network clinician and approved in advance by the YHP Care Coordination Department.

## Prosthetic devices

Prosthetic devices, either external or internal, are covered when they are medically necessary to replace a body part lost due to illness or injury. Dentures, dental appliances and implants, and hearing aids are not covered. Prior authorization by a YHP network clinician and prior approval by the YHP Care Coordination Department are required. Charges for replacement of a prosthetic device are covered only when replacement becomes medically necessary due to a change in the body.

## Speech therapy

Speech therapy is covered when it is necessary to bring about or restore normal function of the speech mechanism — when impaired due to congenital anomaly, illness, or accidental trauma — if it is ordered in advance by a YHP network clinician and approved in advance by the YHP Care Coordination Department. Please note that public schools are required by law to provide this service for children 3 years and older.

---

**Claims procedures.**

*Claims are normally submitted directly to YHP by the clinician or facility who has rendered services. If a bill is sent directly to you it is your responsibility to submit the claim to the YHP Claims Department promptly. If you fail to submit the claim to the YHP Claims Department in a timely manner you risk having the clinician or facility who rendered services initiate collection action against you. The YHP Claims Department will honor claims submitted within one year of the date you received services. Claims received by YHP may be denied if they are received after the one-year limit has expired, unless the delay is the fault of the clinician or facility who rendered services.*

---



# EXCLUSIONS AND LIMITATIONS

Yale Health Plan offers a comprehensive health care program, but there are limitations and exclusions. These are listed below.

## GENERAL EXCLUSIONS AND LIMITATIONS

1. for charges that would not have been made had coverage not existed
2. for services that are not medically necessary
3. for services provided at the Yale University Health Services Center (YUHS) on a fee-for-service basis
4. for court-ordered testing, evaluations, or treatment unless deemed medically necessary by YHP
5. care for conditions that state or local law require to be treated in a public facility
6. services covered or mandated by the state or federal regulations that require another source to provide coverage or services, e.g., public school systems
7. for injury or occupational illness covered by Workers' Compensation
8. to the extent that they are otherwise payable as described below under Coordination of Benefits
9. to the extent those expenses are in any way reimbursable through any program, including Medicare
10. for charges that members are not legally required to pay

## NETWORK EXCLUSIONS AND LIMITATIONS

1. inpatient hospitalization expenses for an elective admission incurred when a YHP member is admitted to a hospital by a non-YHP network physician
2. services of clinicians not in the YHP network as well as services ordered by these clinicians, unless referred by a YHP network clinician and approved in advance as a covered benefit by the YHP Care Coordination Department
3. follow-up care by a non-YHP network clinician unless approved in advance by the YHP Care Coordination Department



## COVERAGE DATE EXCLUSIONS AND LIMITATIONS

1. services received before the student's or enrolled dependent's effective date of coverage or after the termination date
2. facility and professional fees for an inpatient stay that began before the student's or enrolled dependent's effective date of coverage

## SERVICE EXCLUSIONS AND LIMITATIONS

1. acupuncture
2. alternative therapies
3. aqua therapy
4. biofeedback
5. chiropractic services
6. testing for or treatment of cognitive disorders including attention deficit disorder
7. personal comfort and convenience items
8. services and hospitalization involving or arising from cosmetic surgery; any therapy the purpose of which is cosmetic
9. custodial care and convalescent care and assistance for activities of daily living
10. dental diagnosis, care, or treatment—including professional fees, anesthesia and facility charges, X rays, or appliances—for the diagnosis and treatment of TMJ (temporomandibular joint dysfunction); the extraction of teeth including erupted or impacted teeth; the correction of malposition of the teeth and jaw; or for pain, deformity, deficiency, injury, or physical condition of the teeth
11. experimental or investigational drugs, services, or procedures as determined by YHP
12. electrolysis
13. any eye surgery solely for the purpose of correcting refractive deficiencies of the eye, such as nearsightedness (myopia) and astigmatism, including but not limited to radial keratotomy; eyeglasses, contact lens exams and lenses, corrective lenses, vision therapy; routine vision care received outside YUHS
14. hypnosis
15. maternity charges for a surrogate mother who is not a YHP member
16. hospitalization or other services for obesity or weight reduction except as approved in advance by YHP
17. orthotics (including examinations for fitting)
18. outpatient psychotherapy received outside YUHS for the student or enrolled spouse/same-sex domestic partner
19. sex therapy
20. sperm collection or preservation service



21. reversal of voluntary sterilization
22. target symptom clinics or centers except as approved in advance by YHP
23. nonemergency transportation
24. transportation provided by a vehicle that is not medically equipped to transport ill or injured persons and/or that does not meets licensing requirements by local, county, or state regulations
25. transsexual treatment or surgery
26. travel medications and vaccines

## YHP HOSPITALIZATION/SPECIALTY COVERAGE EXCLUSIONS AND LIMITATIONS

1. services not specifically listed herein as covered services under YHP Hospitalization/Specialty Coverage
2. services covered only under Prescription Plus, such as organ transplants
3. benefits not payable under General Exclusions and Limitations, Network Exclusions and Limitations, Coverage Date Exclusions and Limitations, and Service Exclusions and Limitations
4. residential charges, if any are incurred, for members in a psychiatric or substance abuse partial hospitalization program

## PRESCRIPTION PLUS COVERAGE EXCLUSIONS AND LIMITATIONS

1. services not specifically listed as covered services under Prescription Plus
2. nonprescription contraceptive devices
3. experimental organ transplants
4. benefits not payable under General Exclusions and Limitations, Network Exclusions and Limitations, Coverage Date Exclusions and Limitations, and Service Exclusions and Limitations



## TERMINATION OF COVERAGE

Students and student dependents enrolled in any of the YHP plans may terminate their YHP coverage for a variety of reasons—a change in eligibility status, graduation, withdrawal, a leave of absence, divorce, etc. In certain circumstances, YHP also reserves the right to terminate a student's (and that student's enrolled dependents') coverage. In general, students who wish to terminate their coverage under YHP Hospitalization/Specialty Coverage, Prescription Plus, or YHP Affiliate Coverage may do so by submitting written notice to YHP Member Services by September 15 for fall-term or full-year coverage and by January 31 for spring-term coverage. Students subject to the University requirement for hospitalization coverage must supply proof of alternate insurance coverage at the time of their waiver.

**Premiums will be refunded only if written notice is received on or before the above deadlines.** More specific information is given below.

## LEAVING YALE

When you leave the University your YHP coverage will terminate, but when it terminates depends on why, and when, you leave the University. The sections below explain this process in detail.

### Graduation

Coverage for graduating students who are enrolled in YHP at the time of University Commencement in May will continue until August 31. Students completing degrees or leaving the University at times other than University Commencement should contact Member Services (203-432-0246) to determine coverage end dates.

### Leaves of absence

If you take a leave of absence you are no longer eligible for coverage by YHP Basic or YHP Hospitalization/Specialty Coverage. Coverage terminates the day the leave is granted. In order to secure continuous coverage through YHP, you must request enrollment in YHP Affiliate Coverage and pay the premium prior to the beginning of the term for which the leave is taken. Enrollment in this plan is not automatic. If a leave of absence is granted during the term and you want YHP Affiliate Coverage, you must request enrollment within 30 days of the date the leave is granted. Unless you obtain continuing coverage through YHP, you will be responsible for all charges for medical services, including hospital services, rendered by YHP clinicians or on behalf of YHP. Premiums will not be prorated or refunded.



## Student withdrawals

Students who withdraw from the University during the first ten days of the term will be refunded the premium paid for YHP Hospitalization/Specialty Coverage and, if applicable, Prescription Plus. Under these circumstances, you will not be eligible for any YHP coverage, your YHP membership will be terminated retroactively to the beginning of the semester, and you will be billed for any services rendered or claims paid.

Students who purchase YHP Hospitalization/Specialty Coverage and Prescription Plus and who withdraw from the university after the first 10 days of the term will be covered by YHP for 30 days following the date of withdrawal or through the last day of the term, whichever comes first (the last day of fall-term coverage is January 31; the last day of spring-term coverage is August 31). Premiums will not be prorated or refunded. If you are hospitalized on the effective date of withdrawal or during the thirty-day period during which coverage is extended you will be eligible for YHP hospital coverage until discharged from the hospital, subject to the limits of YHP coverage for the illness.

## TERMINATION OF DEPENDENT COVERAGE

Dependent coverage may terminate for a variety of reasons: the dependents obtain other coverage, a dependent turns 19, a student is divorced from his or her spouse, a student's partner is decertified by the dean of the student's school, or some other event occurs that changes a dependent's eligibility status. Coverage terminates at the end of the month in which the dependent becomes ineligible. Premiums will not be prorated.

## Divorce

If a student whose spouse is enrolled in any YHP plan becomes divorced, the student is required to notify YHP Member Services in writing within 30 days of the date the divorce is final. The divorced spouse may not remain on the student's insurance even if the divorce settlement requires the student to provide the divorced spouse with insurance coverage. YHP membership will terminate effective the last day of the month in which the divorce is final.



If YHP Member Services is not notified when the divorce becomes final, the student will be billed for all services rendered and claims paid by YHP on the divorced spouse's behalf beginning the first day of the month following the date the divorce is final. YHP premiums will not be prorated.

## WHEN YHP CAN TERMINATE COVERAGE

YHP may terminate the membership of a student or enrolled dependent and bill the student for all services rendered and claims paid by YHP for the student or dependent under the following conditions:

1. The student or dependent ceases to be eligible.
2. The student fails to pay premiums.
3. Adequate medical care and treatment is jeopardized by the impaired relationship between the student or dependent and a YHP network clinician.
4. The student or dependent persistently and repeatedly refuses to comply with a course of treatment prescribed by a YHP network clinician.
5. The student or dependent permits his or her YHP membership card to be used by another person.
6. The student or dependent makes any false statement or material misrepresentation on the enrollment form submitted when applying for YHP coverage.

When YHP terminates coverage because a student or dependent has become ineligible, the student or dependent may reenroll within 30 days or at the start of a new term if they again become eligible. Reenrollment under other circumstances is at the discretion of YHP and the University.



# GENERAL POLICIES AND PROCEDURES

## COORDINATION OF BENEFITS (COB)

Yale Health Plan coverage is subject to coordination of benefits (COB) provisions. Coordination of benefits is the term applied to a standard process used to determine the order in which benefit plans should pay for covered services when a member is covered by more than one benefit plan. Coordination of benefits works to your advantage by using one benefit plan to cover some of the expenses not fully covered by another plan. For example, if YHP covers a service to an amount less than 100% of the fee for that service and you are entitled to any benefits from a source other than YHP, COB entitles you to receive coverage from that source in addition to the amount YHP covers, up to 100% of expenses. Coordination of benefits also entitles YHP to receive payment from other benefit plans for some services rendered by YHP. You are required to notify YHP if you have other coverage when you enroll in any of the YHP plans. Failure to disclose other coverage is grounds for termination of your coverage as explained in the section Termination of Coverage.

## SUBROGATION (THIRD-PARTY LIABILITY)

A member or enrolled dependent may be compensated for an illness or injury for which another party is liable to pay damages. In these cases that party has the primary payment responsibility and YHP has the legal right to be reimbursed for services covered by YHP. If a YHP member brings legal action or otherwise makes a claim against a third party allegedly responsible for his or her condition, that YHP member agrees to:

1. Notify the YHP Billing Department as soon as possible and to keep Billing informed at all times of subsequent developments.
2. Reimburse YHP for its costs and services out of any resulting settlement to the full extent permitted by law.
3. Cooperate in protecting the interests of YHP under this provision and execute and deliver to YHP or its nominees any and all documents (e.g., accident reports) requested by YHP that may be necessary to effectuate and protect its rights.

YHP will provide medical care upon a member's request with the understanding that the member will reimburse YHP in full for any treatment rendered or expense incurred on his or her behalf without deductions of any nature, including attorney's fees, to the full extent permitted by law.



## WORKERS' COMPENSATION

In cases of work-related injury or illness, members may be entitled to coverage under workers' compensation, employer's liability insurance, or occupational disease law. If it is determined that you are eligible for coverage through these sources for services provided by YHP, YHP is entitled to be reimbursed for those services. YHP will pay only for that portion of services covered under a YHP plan that is not covered by an approved workers' compensation, employer's liability insurance, or occupational disease law claim. If it is determined that you are not eligible for coverage through these sources for services covered by YHP, YHP will cover those services according to the terms of coverage. Please note, however, that if you receive care that is not covered by YHP for a work-related injury or illness and your claims through workers' compensation, employer's liability insurance, or occupational disease law are denied, YHP will not cover those claims and you will be billed directly.

If you become eligible for coverage under workers' compensation, employer's liability insurance, or occupational disease law, YHP is entitled to

1. charge the entity obligated under such law(s) for services rendered at YHP
2. charge the member for services covered by YHP to the extent that the member has been paid for the same services under such law(s) or insurance
3. reduce any sum YHP owes the member by the amount that the member has been paid for the services under such law(s) or insurance
4. withdraw payment from a clinician or facility equal to the amount YHP has paid for services rendered to the member.

If you are injured on the job or become ill because of your job, report this to your employer as soon as your condition permits. You must also notify the clinician who provides your care that it is a work-related condition. For Yale employees, YHP will provide medical treatment upon a member's request and bill workers' compensation for these services. For non-Yale employees, YHP will provide medical treatment and bill the responsible insurance carrier or employer directly upon receipt of an attending physician's claim form assigning payment directly to YHP. Failure to provide this or any other necessary documents required to effectuate and protect the rights of YHP will result in direct billing to the YHP member.



## MISCELLANEOUS PROVISIONS

1   Members are subject to all the rules and regulations of YHP. They must receive care from a YHP network clinician or such care must be arranged by a YHP clinician and approved in advance by the YHP Care Coordination Department.

2.  The member and each enrolled dependent agree that any clinician, hospital, referral agency, or agent that has made a diagnosis or provided treatment for an ailment may furnish to YHP all information and records, to the extent permitted by law, relating to said diagnosis or treatment. Members further agree that YHP may send all such information and records to YHP or network clinicians and/or to medical or financial audit firms with whom YHP contracts.

3.  The coverage and rights described in this student handbook are personal to the member and enrolled dependents and cannot be assigned or transferred.

4.  In the event of a major disaster, epidemic, or circumstances not reasonably within the control of YHP, YHP shall provide services insofar as practical, according to its best judgment, within the limits of its facilities and staff. In this event, YHP shall have no liability for delay or failure to provide or arrange for services on account of such events.

5.  Members or applicants for membership shall complete and submit to YHP such enrollment forms, medical review questionnaires, or other forms or statements as YHP may reasonably request. Members or applicants warrant that the information contained therein shall be true, correct, and complete, and all rights to coverage and services hereunder are subject to that condition.

6.  YHP may adopt reasonable policies, procedures, rules, and interpretations to promote the orderly and efficient administration of the policies and coverage plans described in this student handbook.

7.  The YHP membership card issued to each member is for identification purposes only and does not in and of itself confer any rights to any of the services described in this student handbook.

8.  The headings of various sections of this student handbook are inserted merely for the purpose of convenience and do not (expressly or implicitly) limit, define, or extend the specific terms of the section so designated.

9.  If it is determined that a student, spouse, domestic partner, or dependent child was ineligible for membership, the student will be billed for all services rendered or claims paid by YHP on their behalf, and premiums paid will not be refunded.



## ERISA

Participants and beneficiaries in the Yale Health Plan are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), including the right to:

- Examine, without charge, at the plan administrator's office and at other specified locations, all plan documents, including insurance contracts and copies of documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.
- Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of the summary annual report if requested.
- If a participant's claim for coverage is denied in whole or in part, he or she must receive a written explanation of the reason for the denial. The participant has the right to have the plan administrator review and reconsider his or her claim.

In addition to creating rights for YHP participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. These people, called "fiduciaries," have a duty to act prudently and in the interest of plan participants and beneficiaries. No one, including the employer or any other person, may fire a participant or otherwise discriminate against him or her in any way to prevent the obtaining of a benefit or exercise of rights under ERISA.

Under ERISA there are steps a participant can take to enforce the above rights. For instance, if a participant requests materials from the plan administrator and does not receive them within 30 days, he or she may file a suit in a federal court. The court may then require the plan administrator to provide the materials and pay the participant up to $100 a day until the materials are received, unless they were not sent because of reasons beyond the control of the administrator. If a claim for coverage is denied or ignored, in whole or in part, a participant or beneficiary may file suit in a state or federal court. If plan fiduciaries misuse the plan's money, or if a participant is discriminated against for asserting rights, he or she may seek assistance from the U.S. Department of Labor, or may file suit. If the suit is successful, the court may order the person sued to pay the participant's cost and fees.



If the participant loses and the court finds that the claim was frivolous, the court may order that person to pay these costs and fees. If a participant has any questions about this statement or about his or her rights under ERISA, he or she should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

The following disclosure information is provided in accordance with the Employee Retirement Income Security Act of 1974 (ERISA).

The name of the plan is:
    Yale Health Plan

The name, address, and Zip code of the sponsor of the plan is:
    Yale University
    P. O. Box 208256
    155 Whitney Avenue
    New Haven, CT 06520-8256

Employer identification number (EIN):
    06-0646973

Plan number:
    502

The plan administrator is:
    Director of Benefits and Records
    Yale University
    P. O. Box 208256
    155 Whitney Avenue
    New Haven, CT 06520-8256

The name, address, and Zip code of the person designated as agent for service of legal process is:
    Director of Benefits and Records
    Yale University
    P. O. Box 208256
    155 Whitney Avenue
    New Haven, CT 06520-8256



The cost of the plan is shared by the plan sponsor and the plan participants. The plan's fiscal year ends on August 31. The preceding pages set forth the eligibility requirements and coverage provided for you under this plan. The plan administrator may change or eliminate coverage under the plan and may terminate the entire plan or any portion of it. Your individual coverage terminates when you leave active service, when you are no longer in an eligible class, or when the plan administrator terminates the plan, whichever occurs first. See the plan administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease to be eligible or terminate your employment.

## NOTICE OF PRIVACY PRACTICES (NOPP)

As part of our compliance with federal regulations, as well as our long-standing commitment to patient confidentiality, Yale University Health Services has available for all our patients a Notice of Privacy Practices (NOPP).

This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully. If you have any questions, please contact our privacy office in writing or call member services at 203-432-0246.

### Who has to abide by these privacy practices

Yale University Health Services (YUHS) provides health care to our patients in partnership with other professionals and organizations. The following individuals will abide by the privacy practices in this notice:

• Any health care professional who treats you at YUHS.
• All members of the YUHS work force, including employees, medical staff, trainees, students, and volunteers.



## Our pledge to you

We understand that medical information about you is personal and we are committed to protecting that information. Your medical record is created as part of providing you with quality care, as well as for the purpose of meeting legal requirements. This notice applies to all the records of your care generated or maintained by YUHS. We are required by law to:

- Keep medical information about you private;
- Give you this notice of our legal duties and privacy practices with respect to medical information about you; and
- Follow the terms of the privacy practice notice that is currently in effect.

## How we may use and disclose your medical information

We may use and disclose medical information about you without your prior authorization for treatment, such as sending medical information about you to a specialist as part of a referral (this includes psychiatric or HIV information if needed for purposes of your diagnosis and treatment); to obtain payment for treatment, such as sending billing information to your insurance company or Medicare (note: only limited psychiatric or HIV information may be disclosed without your authorization for billing purposes); and to support our health care operations (such as comparing patient data to improve treatment methods).

Other examples of such uses and disclosures include: contacting you for appointment reminders, or to inform you about possible treatment options and health-related benefits or services that may be of interest to you.

- We may use or disclose medical information about you without your prior authorization for several other reasons. Subject to certain requirements, we may communicate medical information about you, without your prior authorization, for the following: public health purposes; abuse or neglect reporting; health oversight audits or inspections; to fulfill a request from a medical examiner; funeral arrangements and organ donations; workers' compensation claims; emergencies; national security needs and other specialized government functions; and for members of the Armed Forces as required by Military Command authorities. We also disclose medical information when required by law, such as in response to a request from law enforcement in specific circumstances, or in response to valid judicial or administrative orders.

- The Inpatient Care Facility (ICF) has procedures which protect patient privacy while allowing for information to be given to those whom the patient designates. Patients are informed of these procedures upon their admission to the ICF.



- We may use or disclose information about you without your authorization as part of a "limited data set" which includes limited information (such as your city or a visit date, but not your name or address), but only for certain health care operations, public health and research purposes. The recipient of the information must sign a promise to restrict how the limited data set is used.

- Under certain circumstances, we may use and disclose health information about you for research purposes, subject to an approval process. We may also allow potential researchers to review information that may help them prepare for research, so long as the information they review does not leave our facility and they agree to specific privacy protections.

- We may disclose medical information about you to a friend or family member whom you designate. We may also disclose medical information to a friend or family member if a practitioner determines it is appropriate under the circumstances, unless you inform us otherwise. We may also disclose information to disaster relief authorities so that your family can be notified of your location and condition.

## Other uses of medical information

- In any other situation not covered by this notice, we will ask for your written authorization before using or disclosing medical information about you. If you choose to authorize use or disclosure, you can later revoke that authorization by writing to: Manager of Medical Records / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT 06520-8237

## Your rights regarding your medical record

- In most cases, you have the right to look at or get a copy of medical information that we use to make decisions about your care. To do so, you must submit a written request to the address below. We may charge a fee for the cost of copying, mailing, or related supplies. If we deny your request to review or obtain a copy, you may submit a written request for a review of that decision to: Manager of Medical Records / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT 06520-8237



• If you believe that information in your record is incorrect or incomplete, you have the right to request that we correct the records. Please send a written request to the address below, providing your reason for requesting the amendment. We may deny your request if the information was not created by us; if it is not part of the medical information maintained by us; or if we determine that your record is accurate; or under certain other circumstances. You may submit a written statement of disagreement with a decision by us not to amend a record to: Manager of Medical Records / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT  06520-8237

## You have the right to know when your medical information has been released

• You have the right to request a list of disclosures we have made of your health information. The list will not include: (1) disclosures made for treatment, payment, and health care operations, as previously described; or (2) disclosures made in circumstances where you have given specific and separate authorization or (3) certain other disclosures in accordance with the law.

• Please note that this policy will be in effect beginning April 14, 2003. You must indicate the time period for which you request the list of disclosures, which can be up to six years prior to the date of your request. Disclosure lists will be kept for a rolling period of six years. Requests can be made for any time within that six year period and must be submitted in writing to:Manager of Medical Records / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT  06520-8237

## You have the right to request confidential communications

You have the right to request that medical information about you be communicated to you in a confidential manner, such as sending mail to an address other than your home. You may notify us of how you would like us to communicate with you by writing to: Member Services Department / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT  06520-8237



## You have the right to request restrictions on the use of your medical information

You may make a written request to restrict our use or disclosure of medical information about you. You may make the following request: that we not use or disclose information for treatment, payment or health care operations or to persons involved in your care except when (1) specifically authorized by you; (2) when we are required by law to disclose the information; or (3) in an emergency. We will consider your request but we are not legally required to accept it. We will inform you of our decision. All written requests or appeals should be submitted to:Deputy Privacy Officer / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT 06520-8237

## You have the right to request a paper copy of this notice

You may receive a paper copy of this notice upon request even if you have previously agreed to receive this notice electronically.

## If we change our policies

If we change our policies, the changes will apply to medical information we already hold, as well as new information generated after the change occurs. Before we make a significant change in our policies, we will post the notice of the new policies in prominent areas and on our web site at www.yale.edu/uhs. You can receive a copy of the current policy at any time even if you have previously agreed to receive this notice electronically. Copies of the current notice will be available at all times at the facility. The effective date is printed at the end of the notice.

## To register a complaint

- If you are concerned that your privacy rights may have been violated, or you disagree with a decision we made about access to your records, you may contact our Privacy Office by writing to: Deputy Privacy Officer / Yale University Health Services / 17 Hillhouse Avenue / Box 208237 / New Haven, CT 06520-8237

- You may send a written complaint to the U.S. Department of Health and Human Services Office of Civil Rights. Our Privacy Office can provide you the address.

- You will not experience penalties or retaliation for filing a complaint.



## PATIENT BILL OF RIGHTS

- To receive the best care we can offer for your problem, without regard to national origin, race, age, gender, religious beliefs, sexual orientation, disability or illness.

- To be treated with respect, consideration and dignity. To expect that your personal convictions and beliefs will be taken into account when you seek help. To participate in decisions involving your health care, including ethical concerns.

- To agree to or to refuse any healthcare service and to be informed of medical consequences of services refused. To give informed consent for diagnostic or treatment procedures, as appropriate.

- To know the identity and professional status of your clinical care team and to be able to choose your primary care clinician(s) from those available.

- To have your privacy respected.

- To expect that your medical records will be kept confidential and that access to information about you will be limited to those legitimately involved in your care and to public health authorities when required by law. Your medical information will not be released without your explicit consent except in cases of a medical emergency or in response to a court order.

- To receive information from your clinician concerning your illness, condition, treatment (including possible side effects), and plans for your care. To expect reasonable continuity of care as appropriate and to be informed by your caregivers of available, realistic patient care options when the present course or venue of therapy is no longer appropriate.

- To receive appropriate assessment and management of pain.

- To review your medical record, except when restricted by law, and to have the information explained or interpreted as necessary.

- To be informed of any research aspect of your care and to be able to decline participation without jeopardizing your access to medical care and treatment.

- To be informed of the YUHS resources for resolving disputes, grievances, and conflicts such as appeals to the relevant department manager or chief, the patient representative, the administrative officers, or the claims review committee.



- To know charges for services before care takes place.

- To have an advance directive (such as a living will, healthcare proxy, or durable power of attorney for healthcare) concerning treatments. YUHS will honor the advance directive to the extent permitted by law.

- To be informed of and be welcome to ask about the existence of business relationships among the YHP, educational institutions, other health care providers or commercial entities, or other payers that might influence your treatment and care.

## Women's Health and Cancer Rights Act of 1998 (WHCRA)

The Women's Health and Cancer Rights Act of 1998 provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedemas. Call the Yale Health Plan Claims Department at 203-432-0250 for more information.



# GLOSSARY

| | |
|---|---|
| acute | Describes an illness or injury that has a rapid onset with symptoms that are usually severe and of relatively short duration. |
| benefit year | The benefit year for students runs from September 1 to August 31. All benefits that refer to annual deductibles or yearly maximums are calculated on the basis of this time period. |
| case management | Coordination of care by a clinician(s) or clinically-trained individual(s). |
| clinician | A physician, optometrist, nurse practitioner, nurse midwife, physician assistant, psychotherapist, and other licensed individuals who provide direct patient care. |
| coordination of benefits (COB) | The method used by YHP and all health insurance companies to determine who pays for health care expenses when a person is eligible for coverage by more than one insurance carrier or health plan. |
| elective admission | An inpatient admission that is medically necessary and scheduled in advance for a condition for which the member does not require immediate medical attention. |
| emergency condition | A major acute medical problem or major acute trauma that requires immediate medical attention or a condition that could lead to serious harm or death if care is not received or is delayed. |
| ERISA | Employee Retirement Income Security Act of 1974 (ERISA): A federal statute (29 U.S.C. §1001 et seq.) whose purpose is to set standards for the operation and administration of private pension plans and for other benefits such as health care. In the areas of its coverage the statute preempts state laws. |
| excess coverage | Coverage under which you are entitled to benefits only after you receive payment from any other applicable contract, agreement, plan, or insurance. |



| | |
|---|---|
| explanation of benefits (EOB) | A statement sent by an insurance plan to a plan member that explains which benefits have been paid and which have been denied. |
| HIPAA | Health Insurance Portability and Accountability act that requires the adoption of medical facilities of security and privacy standards to protect personal health information. |
| hospitalization care | Care a patient receives while admitted to a hospital. |
| inpatient services | Clinical services provided after the patient is admitted to a hospital or other facility for treatment. |
| network | A defined group of providers and facilities, linked by contractual arrangements, that provide a broad range of primary and acute care services. |
| official opening of dorms | A date, set by each individual school, indicating the first day that students may move into their dorm rooms. |
| out of area | Outside New Haven County. |
| outpatient services | Clinical services provided to a patient who has not been admitted to a hospital or other facility for treatment. |
| partial hospitalization services | A mental health or substance abuse program operated by a hospital that provides clinical services as an alternative or follow-up to inpatient hospital care. |
| plan | The generic term used to describe the coverage options offered to students and their dependents by YHP. |
| plan area | New Haven County. |
| primary care | The basic care an individual receives from a physician, physician assistant, certified nurse midwife, or nurse practitioner. |
| SFAS | Student Financial and Administrative Services. SFAS accounts were formerly known as bursar accounts. |

# GLOSSARY



| | |
|---|---|
| specialty care | Secondary, specialized care an individual receives, usually by referral from a primary care clinician (e.g., orthopedics, dermatology, oncology, neurology, etc.) |
| subrogation | The seeking of reimbursement for costs and services in case of illness or injury determined to be the legal responsibility of a third party. |
| target symptom clinic | Treatment facilities that target individual symptoms for treatment (e.g., sleep disorder clinics, headache clinics, pain clinics, etc.). |
| urgent condition | The sudden and unexpected onset of an acute medical problem or trauma that requires immediate medical attention. |
| WHCRA | Women's Health and Cancer Rights Act of 1998 (WHCRA). A federal statute that provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedemas. |
| YHOL | Yale Health Online, a secure web-based communications service tailored for the Yale community. |
| YHP | Yale Health Plan. |
| YUHS | Yale University Health Services. |



# INDEX

Acupuncture, 69
Acute conditions, 86
    *See also Emergencies; Urgent conditions*
Admissions (*see Hospital services*)
Advice, medical, 19, 20, 29, 30
AIDS (*see HIV/AIDS*)
AIDS Resource and Counseling
    Center, 21
Alcoholism (*see Substance abuse*)
Allergies, 12, 23
Alternate coverage (*see Insurance, non-YHP*)
Alternative therapies, 69
Ambulance transport, 62, 70
Anorexia (*see Eating disorders*)
Anxiety, 19
Appeals (*see Claims*)
Approval, prior, 12, 40
Aqua therapy, 69
Athletes, 15, 18
Audiology, 12, 23

Benefit year, 13, 65, 86
Billing, 38, 63, 67, 75, 76
    non-YHP coverage and, 10, 22,
    36–38, to SFAS account, 57
    YUHS Pharmacy and, 24
Billing Department, 36, 37, 74
Bill of Rights, Patient, 18, 35, 84–85
Biofeedback, 69
Body image (*see Eating disorders*)
Breaks, coverage during, 29
Bulimia (*see Eating disorders*)

Cancer (*see Oncology*)
Care Coordination Department, 13, 30,
    31, 41, 44, 61
Case management, 61, 86

Charges, informing patient of, 85
Children (*see Dependents*)
Chiropractic care, 69
Chronic conditions, 30, 63
Claims, 36–41, 67, 77
    alternate insurance and, 38
    appealing denials of, 41
    denial of, 41, 45, 75
    forms for filing, 9, 12
    problems with, 36–41
    submitting, 20, 22, 39, 63
    time limits, 63
Claims Department, 33, 38, 39, 40, 41,
    63, 67
Claims Review Committee, 41, 45
Cognitive disorders, 69
Comment card, 35
Complaints, 35, 83
    nonmedical, 35
Confidentiality, 46–47
Contacting YHP, 1, 28–31, 33–35
Continuation options, 10, 26, 79
Contraception and contraceptives, 21, 70
Convalescent care, 69
Coordinated care, 9, 12, 13
Coordination of benefits (*COB*), 74, 86
Co-payments, 9, 10, 12, 13, 22, 24, 36,
    37, 65
Cosmetic surgery, 69
Counseling, couples and marriage, 19
    *See also Mental Health, Division of*
Court-ordered medical services, 68
Coverage, away from campus, 11, 29,
Coverage dates, 32, 69
    for dependents, 54–55
    exclusions and limitations, 69–70
    on leaving campus, 32



Prescription Plus, 32, 52–53, 64
YHP Affiliate Coverage, 32, 53
YHP Basic, 5, 7, 11, 14, 32, 49, 56
YHP Hospitalization/Specialty
    Coverage, 5, 6, 11, 14, 32, 52, 58
*See also Termination*
Crisis intervention, 19
Custodial care, 69

Deductibles, 9, 10, 12, 13, 37, 86
Prescription Plus, 13, 24, 65
YHP Affiliate Coverage,
YHP Basic,
YHP Hospitalization/Specialty
    Coverage, 9, 12, 59,
Denial of coverage, 37, 77
Dental care, 13, 65, 67, 69
Department managers, 35
Department of Labor, U.S., 77, 78
Dependents, 49, 69
children, 16, 55, 59
coverage for, 9, 10, 12, 13, 14, 22, 32
eligibility, 54–55, 76
enrolling, 54–55
maximum on coverage, 60
spouse/same-sex domestic partner,
    16, 19, 55
termination of coverage for, 72–73
Depression, 19
Dermatology, 12, 23
Disclosure information, 78, 80–81
Disputes, 37, 85
Divorce, 19, 54, 72–73
Drug addiction (*see Substance abuse*)
Drugs, experimental and investigational, 69
Durable medical equipment, 13, 65

Ear, nose, and throat, 12, 23
Eating disorders, 19, 21, 69

ECHO (*Eating Concerns Hotline and
    Outreach*), 21
Electrolysis, 69
Eligibility status and requirements, 5, 7,
    11, 14, 25, 49–55, 76
loss of eligibility, 53, 56, 58, 64, 71, 73
Emergencies, 9, 11, 12, 15, 19, 29, 32
action in case of, 17, 30, 31
coverage for, 62–63
defined, 30, 62, 86
Employer's liability insurance, 75
Endocrinology, 12, 23
Equipment, durable, 38
ERISA (*Employee Retirement Income
Security Act*), 77–79, 86
Excess coverage, 86
Exclusions and limitations, 68–70
General, 70
Network, 70
Services excluded, 69–70
*See also coverage categories*
Existing condition, 28
Explanation of benefits (*EOB*), 36, 37, 87
Eye care and surgery, 69
    *See also Ophthalmology; Optometry*

Fee-for-service departments, 14, 24
Fee-for-service treatment, 14, 24, 25,
    26, 27, 42, 59, 61, 68
Follow-up care, 29, 30, 31, 62–63, 68
Foreign travel, 29
Free services, 36

Gastroenterology, 12, 23
Gay, lesbian, bisexual issues, 19
Glossary of terms, 86–88
Graduate and Professional Student
    Health Advocates, 21



Graduate students, 5, 15, 16, 18, 19, 20, 21, 34
Graduation, 26, 71
Grief, 19
Gynecology, 11, 15, 16, 18, 42, 56
  *See also Obstetrics*

Health Education Office, 14, 20-21
Health history form, 28
Hearing aids, 67
HIPAA (*Health Insurance Portability and Accountability Act*), 47, 87
HIV/AIDS, 21, 80
Hospice care, 20
Hospitalization/Specialty coverage (*see YHP Hospitalization/Specialty coverage*)
Hospital services, 10, 12, 21, 61, 66, 68
  elective admission, 84
  partial, 87
Hypnosis, 69

Immunizations, 23, 24, 28, 29, 57
Implants, 67
In absentia students, 14, 25
Infectious diseases, 12, 23
Infertility services, 13, 18, 65
Infirmary, *see Inpatient Care Facility (ICF)*
Injury (*see Workers' Compensation*)
Inpatient Care Facility (*ICF*), 11, 20, 38, 57, 60, 80
Inpatient services, 87
  *See also Hospital services*
Insurance, non-YHP, 5, 26
  billing and, 5, 8, 20, 22, 29, 36-39, 43, 57, 75
  changes in, 37
  choosing, 8-11
  claims and, 36, 64
  confidentiality and, 46, 80

loss of, 7, 52, 55
proof of, 6, 7, 52, 71
YHP services and, 5, 20, 24, 38, 74
Internal Medicine, 11, 18, 56

Junior-year-abroad programs, 14, 25, 29, 53

Laboratory services, 11, 22, 42, 57, 62,
Laws and regulations, state and federal, 68
Leaves of absence, 14, 25, 26, 28, 32, 53, 71-72
  returning from, 32
Legal action, 74, 77-78
Liability, third party, 74
Living will, 85

Maintenance care, 30, 63
Maternity (*see Obstetrics*)
Maximums on coverage, 10, 13, 59, 60, 65
Medical records, 28-29, 41, 45-46, 76
  errors in, 82
  member access, 81
  rights regarding, 82-85
  *See also Disclosure information; Privacy*
Medical students, extended study, 14, 25, 53
Medicare, 68, 80
Medication (*see Prescription items*)
Member Advisory Committee, 34
Member Services, 2, 14, 25, 29, 34
Membership card, 29, 31, 62, 73, 76
Membership general rules, 76
Mental Hygiene, Division of, 11, 16, 19, 21, 42, 46, 56
Mental health, (*see Mental Hygiene*)

Neurology, 12, 23
Non-degree students, 25

# INDEX



Notice of Privacy Practices (*NOPP*), 79-83
Nursing care, 13, 20, 21, 66, 67
Nutrition, 22, 57
Nutritional counseling, 11, 22, 42

Obesity, 69
Obsessions, 19
Obstetrics, 12, 42, 69
   department of, 16, 18, 21-22
   obstetrical coverage, 21-22, 60
   *See also Gynecology*
Oncology, 12, 23
Online services, 16, 29
Operating hours, 17,
   *See also Urgent care*
Ophthalmology, 12, 23, 42
Optometry, 23
Organ transplants, 13, 66, 70
Orthopedics, 12, 23
Orthotics, 69
Out-of-area coverage, 28-33, 56, 59, 61-63, 87
   non-YHP coverage and, 9, 10, 11
Outpatient services, 87

Part-time students (*less than half-time*), 14, 25,
Patient Bill of Rights, 18, 35, 84-85
Patient comment card, 35
Patient representative, 35
Pediatrics, 12, 16, 21, 22, 56
Peer health educators, 20-21
Pharmacy, 14, 24, 66
   bills, 33
   refills, 24, 33
Physical therapy, 12, 20
Podiatry, 13, 66

Pre-authorization, 10, 12. 30, 59, 61, 62-63
   *See also Referrals*
Precertification, 10
Pre-existing conditions, 9, 10, 13
Premiums, 9, 10, 53, 71-73
   automatic billing of, 52
   prorating, 7, 27, 52, 55, 71, 72, 73
   refund of, 27, 71, 76
Prescription items, 13, 19, 24, 28
   away from campus, 33
Prescription Plus, 33, 52-53, 64-67, 70
   availability of, 7, 12, 14
   claims, 64, 67
   coverage dates, 64
   coverage description, 13, 20, 24, 65-67
   exclusions and limitations, 70
   waiving, 5, 6, 7, 53
Preventive medicine, 11, 57
Primary care, 5, 11, 15-18, 56-57
   defined, 15, 87
   in ICF, 20
Primary care clinicians
   selecting, 2, 15-16
   (*see also Referrals*)
Privacy (*Notice of Privacy Practices*), 47, 79-83
Professional School students, 5, 15, 16, 18, 19, 20, 21, 34
Prorating, 7, 27, 52, 55, 71, 72, 73
Prosthetic devices, 13, 67
Psychiatry and psychotherapy, 13, 59, 61, 66, 69
   *See also Mental Hygiene, Division of*

Radiology, 9, 12, 20, 62
Re-enrollment, 73



Referrals, 40–44, 59, 68, 80
    Claims Department and, 40, 41, 59
    denials and appeals, 45
    primary care clinicians and, 15, 22, 23, 42, 43, 57, 59, 88
    services requiring, 20, 22, 42, 57, 65–67, 88
    *See also Pre-authorization*
Refunds, 27, 71, 72, 76
Registration in absentia, 14, 25, 53
Rehabilitation, inpatient, 60
Reimbursements, 10, 13, 24, 38, 65, 74
Relationships, concerns about, 19
Reporting deadlines, 30–31,
Residency requirement, 54
Revoking YHP waivers, 6, 7, 52
Routine care, 15, 30, 31, 63

Safe sex practices, 21
Same-day care, 17, 18
Same-sex domestic partner (*see Dependents*)
Self-esteem, 19
Sexual assault, 19, 21
Sexuality, 19, 69
Sexually transmitted diseases (*STDs*), 21
SFAS (*Student Financial and Administrative Services*) account, 6, 10, 14, 24, 36, 37, 38, 52, 87
Smoking cessation, 21
Special circumstances (*see YHP Affiliate Coverage*)
Special Delivery Program, 21
Special students, 14, 25, 53
Specialty care, 88
    *see also YHP Hospitalization/Specialty Coverage*
Specialty departments, 23
Speech therapy, 13, 67
Sperm collection and preservation, 69

Sports Medicine, 11, 15, 18, 42, 56
    High Risk Sports Club Clinic, 18
    Sports-related injuries, 11, 20
Spouse (*see Dependents*)
Sterilization, 70
Stress, 19, 21
Student Health Education, 20–21
Student Medicine Department, 15, 16, 17, 18, 56
Subrogation, 74, 88
Substance abuse, 13, 19, 21, 61, 66
Suggestions, 35
Summer breaks, 29, 31–32
Surgery, 12, 23

Target symptom clinics, 70, 88
Termination of coverage, 56, 58, 64, 71–73, 74
    by YHP, 73
Terms of coverage, 49–85
Tests, referrals for, 44, 59,
Therapy, group, 19
TMJ (*temporomandibular joint dysfunction*), 69
Transportation, 20, 70
Transsexual treatment and surgery, 70
Traumatic experiences, 19
Travel, 10, 30–31, 70
Travel Clinic, 14, 24, 29

Ultrasounds, 20
Urgent Care Department, 11, 16, 17, 19–20, 22, 30, 42, 43, 56
Urgent conditions, 9, 19, 30, 66
    coverage for, 9, 31, 61–63,
    defined, 30, 62, 63, 88
    response to, 17, 19–20, 29, 30
Urology, 12, 23

# INDEX



Vaccinations, 24
Visiting scholars, coverage for, 25

Waiving YHP coverage, 5, 6, 7, 20, 52,
    53, 71
    deadlines for, 6, 7, 52
    revoking waiver, 6, 52
Web site, 29, 34
Weekend trips, 29
Wellness care, 11, 15
WHCRA (*Women's Health and Cancer
    Rights Act of 1998*), 85, 88
Withdrawal from Yale, 27, 72
Workers' Compensation, 68, 75
Work-related injuries, 75

Yale Health Online, 16, 29, 88
Yale–New Haven Hospital, 21, 22, 60
YHOL (*Yale Health Online*), 16, 29, 88
YHP administration and policies, 76–79
    changes in, 83
YHP Affiliate Coverage, 14, 20, 22, 25,
    26, 53, 71
    enrollment deadlines, 53
    premiums, 14
YHP area, 30, 63, 87
YHP Basic, 5, 7, 11, 49, 53, 56–57
    coverage dates, 49, 56
    eligibility for, 25, 58
YHP Hospitalization/Specialty
    Coverage, 7, 25, 26, 52–53, 57
    advantages of, 9
    billing for, 8
    choosing, 8–12
    coverage dates, 58
    coverage description, 12, 20–21, 29,
    31, 38, 39, 40, 58–63, 70
    exclusions and limitations, 70

obstetrical coverage, 18, 21–22, 60
    university requirement for, 5, 7, 14,
    25, 26, 27, 51, 52, 53, 71
    waiving, 5–7, 8–11, 12, 20, 52
YHP network, 1, 9, 23
YHP services, 2
    Starting, 28
    termination of, 26
YSAPE (*Yale Sexual Assault Peer
    Educators*), 21



Yale Health Plan

17 Hillhouse Avenue • P.O. Box 208237 • New Haven, CT 06520-8237

Effective September 1, 2003, this YHP Student Handbook supersedes
all previous editions, including undated mailings and revisions as well
as all other Yale University regulations either written or oral that refer
to the Yale Health Plan. The Yale Health Plan reserves the right to
make any necessary interpretations of this Student Handbook and to
amend any provisions thereof upon written notification to members.
Changes to the Student Handbook are communicated to members
through mailings. Publication of changes or clarification of YHP
policies and procedures through these mailings constitutes official
notification to all members of such changes. Only services specifically
referred to as covered services herein are covered services.

September 2003

Printed on Recycled Paper