UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

TIFFANY L. HALO

    Plaintiff

2011 NOV 28 A 9:19

CIVIL ACTION NO.:
3:10-cv-01949 (VLB)

VS.

YALE HEALTH PLAN

    Defendant

November 25, 2011

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR THE DENIAL OF DEFENDANT'S MOTION FOR JUDGEMENT ON THE ADMINISTRATIVE RECORD.

### I.
### SUMMARY OF RESPONSE

Plaintiff, Tiffany Halo, opposes Defendant's Motion because:

- Defendant has failed to communicate clearly to the Plaintiff what the extension of time is for.

- Accordingly, the Motion and relief requested is unclear.

- If the extension of time is to respond to Plaintiff's Motion for the Denial of Defendant's Motion for Judgment on the Administrative Record, the Defendant has failed to show a need or a good cause for a further extension of time.

### II
### THE STANDARD

Pursuant to Federal Rules of Civil Procedure, Title III, Rule 7.1 (b) (B) provides that a motion must "state with particularity the grounds for seeking the order." CT Local Rules for Civil Procedure, Rule 7 (2) states that "all other motions for an extension of time must

be decided by a Judge and will not be granted except for good cause. Local Rules for Civil Procedure Rule 7 (b) 3. All motions for extensions of time, whether for consideration by the Clerk or a Judge, shall include a statement of the moving counsel that (1) he or she has inquired of opposing counsel and there is agreement or objection to the motion.

### III. ARGUMENT

Here the Defendant's filed with the Court on March 1, 2011 a **Case Management Plan** that the Plaintiff was in agreement. On August 19, 2011, the **Defendant filed with the Court a Motion for Judgment on the Administrative Record**. On September 6, 2011, Plaintiff asked the Court for an Enlargement of Time that was unopposed by the Defendant because the Plaintiff is pro se, and as a consequence, needed additional time to respond to the Defendant's motion as it differed from the Case Management Plan. The Court granted the Plaintiff's request.

Accordingly, the Plaintiff filed within the appropriate time ordered by the Court, November 19, 2011, the **Plaintiff's Motion for the Denial of Defendant's Motion for Judgment on the Administrative Record**. On November 23, 2011 at approximately 4:30 in the afternoon, right before the Thanksgiving holiday, Defendant's office called regarding an extension of time. The explanation for this extension was, and remains unclear. As a consequence, the Plaintiff is in opposition as it appears the Defendant is seeking an 11th hour delay by their motion for an extension of time to modify their **Motion for Judgment on the Administrative Record**.

Whereas, *the Defendant has not made full and sufficient inquiry to make a statement to the Court as to whether the Plaintiff is in agreement or opposition* to their motion for an extension of time as is required by CT Procedure Rule 7 (b) 3; and because the Defendant appears without 'good cause" attempting to modify their Motion for

Judgment on the Administrative Record, the Plaintiff respectfully requests that the Defendant's motion for an extension of time be denied.

                                                        THE PLAINTIFF,
                                                        TIFFANY HALO

                                                        BY: _____
                                                        Tiffany Halo, pro se

**Certificate of Service:** I do hereby certify that on this date I mailed properly a copy of this Motion for Denial of Defendant's Motion for an Extension of Time to the counsel for the Defendant, Yale Health Plan, by FED EX:  11/28/11

Patrick M. Noonan (#ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road, Suite 306
Guilford, CT 06437
(203) 458-9168


_____                                      Date: _____11/26/11_____
Tiffany Halo
79 Henning Terrace
Denville, NJ 0783
973-945-1015
973-945-2535